**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION**

BEGDOURI HOMES OF EMILY, LLC,

    Plaintiff,

vs.                                     CASE NO.:

MOUNT VERNON FIRE INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT

Plaintiff, BEGDOURI HOMES OF EMILY, LLC, by and through the undersigned counsel, sues Defendant, MOUNT VERNON FIRE INSURANCE COMPANY, and alleges as follows:

## JURISDICTION AND PARTIES

1.    This is an action for damages that exceed $50,000.00, exclusive of interest and costs and attorney's fees.

2.    At all relevant times, Plaintiff, BEGDOURI HOMES OF EMILY, LLC, is a Florida limited liability company owning real property in Hillsborough County, Florida.

3.    At all relevant times, Defendant, MOUNT VERNON FIRE INSURANCE COMPANY, is a licensed insurance company selling property insurance in the State of Florida, including Hillsborough County, Florida.

4.    All other conditions precedent to bringing this action have been performed, have occurred or have been waived.

## VENUE

5.      Venue is proper because the cause of action accrued in Hillsborough County, Florida.

## COMMON FACTS

6.      Plaintiff, BEGDOURI HOMES OF EMILY, LLC ("BEGDOURI"), owns real property located at 414 E. Emily Street, Tampa, FL  33603 ("the Property").

7.      BEGDOURI conducted substantial renovations at the Property, and the building located at the Property was gutted and the majority of its materials replaced in the years of 2018-2021.

8.      In October 2024, BEGDOURI began looking for insurance for its Property, and on or about November 5, 2025, Plaintiff, BEGDOURI HOMES OF EMILY, LLC ("BEGDOURI"), was issued an insurance binder for commercial general liability policy from Defendant, MOUNT VERSON FIRE INSURANCE COMPANY ("MOUNT VERNON"), for the Property.  ***See attached*** **Exhibit 1, Insurance Binder.**

9.      The policy provided $980,000 in property damage coverage. ***See attached*** **Exhibit 2, Policy.**

10.     On or about November 13, 2024, a fire of unknown origin occurred at 414 E. Emily St, Tampa, FL  33603 ("the Property"), and the fire resulted in severe damage to the building on the Property.

11.     BEGDOURI fully cooperated with MOUNT VERNON's investigation, and after thoroughly investigating the claim, MOUNT VERNON determined that the total loss was $514,967.05.

12.     MOUNT VERNON determined that depreciation amounted to $150,250.66, and including the $5,000 deductible, MOUNT VERNON paid BEGDOURI the sum of $364,716.39 on or about January 21, 2025.  *See attached* **Exhibit 3, Adjusted Estimate from Mount Vernon**.

13.     After reviewing the adjuster's estimate, BEGDOURI discovered that MOUNT VERNON had intentionally used incorrect ages for the materials contained at the Property.

14.     Rather than use the building materials age for depreciation at six years or less, MOUNT VERNON, in an effort to shortchange its insured, used age estimates of the materials for 10, 20, 25, and in some cases 40 and 50 years.  *See id*.

15.     At all times, MOUNT VERNON was fully aware that the Property had been substantially renovated within the past six years.  Yet, to defraud its insured, MOUNT VERNON purposefully used erroneous age estimates to increase the amount of depreciation it could deduct from its insured's payment.

16.     On February 17 and then later on February 21, 2025, BEGDOURI sent a demand letter to MOUNT VERNON notifying it of the error and demanding that MOUNT VERNON pay an additional $94,575.64 on the claim.  *See attached* **Exhibit 4, February 21, 2025, Demand Letter**.

17.     MOUNT VERNON requested that BEGDOURI provide it with information regarding the materials, and BEGDOURI provided MOUNT VERNON with photographs of the building materials.

18.     MOUNT VERNON then ceased communicating with or responding to its insured despite BEGDOURI's multiple efforts to discuss the claim.

19.    Eventually, after being ignored for several days, on February 27, 2025, BEGDOURI filed a Civil Remedy Notice with the Florida Department of Financial Services.  ***See attached* Exhibit 5, Civil Remedy Notice**.

20.    By statute, MOUNT VERNON had 60 days to respond to the notice (April 28, 2025).  During the interim, MOUNT VERNON continued to ignore BEGDOURI's attempts to discuss the claim, and MOUNT VERNON conducted no investigation of the matter.

21.    On April 28, 2025, the last day to respond, MOUNT VERNON hired an attorney to send a correspondence to BEGDOURI demanding to conduct an examination under oath of BEGDOURI's principal owner, Mohamed Begdouri.  ***See attached* Exhibit 6, Response to Civil Remedy Notice**.

22.    Prior to the examination under oath ("EUO"), MOUNT VERNON requested additional documentation, and BEGDOURI produced all documents in its possession.

23.    On or about May 22, 2025, an EUO occurred as MOUNT VERNON requested.

24.    Despite receiving all information requested, MOUNT VERNON continued in its refusal to pay BEGDOURI the remaining funds owed.

25.    Instead, MOUNT VERNON used threats in order to influence BEGDOURI to reduce its demand.  Despite BEGDOURI conditionally agreeing to a reduced amount, MOUNT VERNON continued to not pay any portion of the claim.

**26.**    On July 3, 2025, BEGDOURI sent a Notice of Intent to Initiate a Lawsuit to MOUNT VERNON.  ***See attached* Exhibit 7, Notice of Intent to Initial Lawsuit.**

27.    By statute, MOUNT VERNON had ten (10) days to respond.

28.    MOUNT VERNON ignored the Notice and provided no response.

29.     MOUNT VERNON continues to ignore its insured's repeated requests for payment or information.

30.     During this time, MOUNT VERNON has not formally denied coverage; rather, it merely has refused to pay the claim, which amounts to a de facto denial of coverage.

31.     At all relevant times, MOUNT VERNON was fully aware that a portion of the insurance proceeds were going to pay the lienholder on the Property, and that any delays in payment would cause harm to its insured.

32.     In an effort to harm its insured and with full knowledge of the consequences of its actions, MOUNT VERNON has purposefully delayed delivering the payment to both the insured and lienholder.

33.     MOUNT VERNON has provided no response to its insured for these delays, and instead, it continues to ignore any attempts at communication.

34.     It has now been over 150 days since BEGDOURI made its claim, and MOUNT VERNON continues to refuse to deliver payment to its insured without any explanation.

35.     BEGDOURI has been forced to retain the undersigned counsel to pursue this claim.

36.     All conditions precedent have been complied with or have been waived.

## COUNT I – BREACH OF CONTRACT

37.     The allegations in paragraphs one (1) through thirty-six (36) are incorporated herein by reference, as if fully set forth herein.

38.     Under the parties' contract, MOUNT VERNON agreed to pay for direct physical loss of or damage to Covered Property.  ***See attached* Exhibit 2, p. 89.**

-5-

39.     BEGDOURI provided notice to MOUNT VERNON that it had underpaid the claim by $94,575.64, and it demanded that this amount be paid to it.

40.     In breach of the parties' contract, MOUNT VERNON has refused to pay the additional $94.575.64.

41.     MOUNT VERNON has also breached the parties' contract in refusing to communicate with its insured, including refusing to respond to statutory notices, failing to advise its insured of the status of the claim, and refusing to respond to any inquiries from its insured in a timely manner.

42.     As direct and proximate result of MOUNT VERNON's breaches, BEGDOURI has suffered damages, including consequential and special damages resulting from the delay in payment, a portion of which, MOUNT VERNON knew would be paid to the lienholder.

43.      In addition to the damages above, Plaintiff seeks attorney's fees.

WHEREFORE Plaintiff, BEGDOURI HOMES OF EMILY, LLC, demands judgment for damages against Defendant, MOUNT VERNON FIRE INSURANCE COMPANY, plus interest, costs, and attorney's fees and any other relief deemed just and proper.

## COUNT II – FIRST PARTY STATUTORY BAD FAITH ACTION PURSUANT TO FLORIDA STATUTES §624.155

44.     The allegations in paragraphs one (1) through thirty-six (36) are incorporated herein by reference, as if fully set forth herein.

45.     Under the parties' contract, MOUNT VERNON agreed to pay for direct physical loss of or damage to Covered Property.  ***See attached* Exhibit 2, p. 89.**

46.     BEGDOURI provided notice to MOUNT VERNON that it had underpaid the claim by $94,575.64, and it demanded that this amount be paid to it.

47.    In breach of the parties' contract, MOUNT VERNON has refused to pay the additional $94.575.64.

48.    MOUNT VERNON did not attempt in good faith to settle the claim with its insured, when under the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and due regarding BEGDOURI's interests.

49.    Additionally, MOUNT VERNON filed to promptly settle its claim, when the obligation to settle a claim had become reasonably clear, under one portion of the insurance policy coverage in order to influence settlements under other portions of the insurance policy coverage.

50.    MOUNT VERNON also failed to acknowledge and act promptly upon communications with respect to the claims.

51.    MOUNT VERNON also failed to provide its insured with any written explanation for its continued refusal to pay the claim, which has resulted in a de facto denial of coverage.

52.    BEGDOURI filed a civil remedy notice in compliance with section 624.155(3)(a), and more than 60 days have elapsed, and MOUNT VERNON did not correct the violation and continues to refuse to pay the claim and continues to refuse to communicate with its insured.

53.    MOUNT VERNON's actions were intentional and were the result of its purposeful desire to delay payment to BEGDOURI because it knew BEGDOURI intended to pay a portion of the funds to the lienholder, and it understood that any delay would harm to its insured.

54.    MOUNT VERNON continues to refuse to pay BEGDOURI the additional $94.575.64.

55.    MOUNT VERNON continues to refuse to respond to communications from its insured.

56.    As direct and proximate result of MOUNT VERNON's breaches, BEGDOURI has suffered damages, including consequential and special damages resulting from the delay in payment, a portion of which, MOUNT VERNON knew would be paid to the lienholder.

57.     In addition to the damages above, Plaintiff seeks attorney's fees under section 624.155 and any other applicable statutory or contractual provision.

WHEREFORE Plaintiff, BEGDOURI HOMES OF EMILY, LLC, demands judgment for damages against Defendant, MOUNT VERNON FIRE INSURANCE COMPANY, plus interest, costs, and attorney's fees and any other relief deemed just and proper.

<u>JURY DEMAND</u>

Plaintiffs demand a trial by jury on all issues so triable.

DATED this 28th day of July, 2025.

Respectfully submitted,

 /s/Henry G. Gyden
**HENRY G. GYDEN, ESQUIRE**
Florida Bar No. 0158127
GYDEN LAW GROUP, P.A.
1600 East 8th Ave.
Suite A200
Tampa, Florida 33605
(813) 493-4181
(813) 337-0244 FAX
Counsel for Plaintiff

-8-

# EXHIBIT 1

**ACORD®**

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 11/05/2024 |

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): | COMPANY NAME AND ADDRESS | NAIC NO: 26522 |
|---|---|---|---|
| | | Mount Vernon Fire Insurance Company | |

| FAX (A/C, No): | E-MAIL ADDRESS: dsutton@cloptoncapital.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
|---|---|---|

| CODE: | SUB CODE: | POLICY TYPE |
|---|---|---|
| AGENCY CUSTOMER ID #: | | Property |

| NAMED INSURED AND ADDRESS | LOAN NUMBER 23-3179 | POLICY NUMBER CP 2687185 |
|---|---|---|
| Begdouri Homes of Emily LLC 503 E Jackson St Ste 340 Tampa FL 33602 | EFFECTIVE DATE 10/18/2024 | EXPIRATION DATE 01/18/2025 | CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: |

**PROPERTY INFORMATION** (Use REMARKS on page 2, if more space is required)    ☒ BUILDING  OR ☐ BUSINESS PERSONAL PROPERTY

| LOCATION / DESCRIPTION |
|---|
| 414 E Emily St Tampa FL 33603 |

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| COVERAGE INFORMATION | PERILS INSURED | BASIC | BROAD | SPECIAL | X |
|---|---|---|---|---|---|
| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 980,000 | | | | DED: 5,000 | |

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☐ BUSINESS INCOME  ☐ RENTAL VALUE | | | x | If YES, LIMIT: ___ Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | | x | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | x | | | Attach Disclosure Notice / DEC |
|   IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | | |
|   IS DOMESTIC TERRORISM EXCLUDED? | | | | |
| LIMITED FUNGUS COVERAGE | | | x | If YES, LIMIT: ___ DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | x | |
| REPLACEMENT COST | x | | | |
| AGREED VALUE | | | x | |
| COINSURANCE | | | x | If YES, ___ % |
| EQUIPMENT BREAKDOWN (If Applicable) | x | | | If YES, LIMIT: 980,000 DED: 1,000 |
| ORDINANCE OR LAW   - Coverage for loss to undamaged portion of bldg | | | x | If YES, LIMIT: ___ DED: |
|   - Demolition Costs | | | x | If YES, LIMIT: ___ DED: |
|   - Incr. Cost of Construction | | | x | If YES, LIMIT: ___ DED: |
| EARTH MOVEMENT (If Applicable) | | | x | If YES, LIMIT: ___ DED: |
| FLOOD (If Applicable) | | | x | If YES, LIMIT: ___ DED: |
| WIND / HAIL INCL ☒ YES ☐ NO  Subject to Different Provisions: | x | | | If YES, LIMIT: 980,000 DED: 5% |
| NAMED STORM INCL ☒ YES ☐ NO  Subject to Different Provisions: | x | | | If YES, LIMIT: 980,000 DED: 5% |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | x | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| x MORTGAGEE | ☐ CONTRACT OF SALE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|
| LENDERS LOSS PAYABLE | | |

| NAME AND ADDRESS | |
|---|---|
| Benworth Capital Partners PR, LLC ISAOA/ATIMA 700 Biltmore Way, C-1 Coral Gables, FL 33134 Loan #: 23-3179 | AUTHORIZED REPRESENTATIVE |

Page 1 of 2    © 2003-2014 ACORD CORPORATION. All rights reserved.

**ACORD 28 (2014/01)**    The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

# EXHIBIT 2

Home Office Copy

NEW

Renewal of Number _____

POLICY DECLARATIONS

# Mount Vernon Fire Insurance Company

1190 Devon Park Drive, Wayne, Pennsylvania 19087

A Member Company of United States Liability Insurance Group

## No. CP 2692664

NAMED INSURED AND ADDRESS:

BEGDOURI HOMES OF EMILY LLC
503 E JACKSON STREET
STE 340
TAMPA, FL 33602

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

SURPLUS LINES INSURERS POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.

POLICY PERIOD: (MO. DAY YR.)  From:  11/07/2024  To:  02/07/2025

12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

FORM OF BUSINESS:      Limited Liability Company

BUSINESS DESCRIPTION:  Vacant Building without Renovation

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  | PREMIUM |
|---|---|
| Commercial Liability Coverage Part | $262.00 |
| Commercial Property Coverage Part | $1,912.00 |
| TOTAL: | $2,174.00 |

Coverage Form(s) and Endorsement(s) made a part of this policy at time of issue

See Endorsement EOD (1/95)

Agent:    CRC BINDING DENVER (4955)
          6200 South Syracuse Way, Suite 100
          Greenwood Village, CO  80111

Issued:  11/18/2024 11:35 AM

Broker:

By: _____

Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

UPD (08-07)

Page 1 of 1

# EXTENSION OF DECLARATIONS

Policy No. CP 2692664

Effective Date:    11/07/2024

12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS

---

## FORMS AND ENDORSEMENTS

The following forms apply to multiple coverage parts

| Endt# | Revised | Description of Endorsements |
|-------|---------|------------------------------|
| 2110 | 04/15 | Service Of Suit |
| CG0220 | 03/12 | Florida Changes - Cancellation And Nonrenewal |
| CP0450 | 07/88 | Vacancy Permit |
| IL0017 | 11/98 | Common Policy Conditions |
| IL0021 | 09/08 | Nuclear Energy Liability Exclusion Endorsement |
| IL0935 | 07/02 | Exclusion Of Certain Computer-Related Losses |
| Jacket | 07/19 | Policy Jacket |
| L-367 | 04/15 | Minimum Earned Premium Endorsement |
| L-395 | 04/15 | Vacant Building Protection Warranty |
| L-526 | 01/15 | Absolute War Or Terrorism Exclusion |
| L-610 | 11/04 | Expanded Definition Of Bodily Injury |
| P 246 | 01/15 | Exclusion of War, Military Action and Terrorism |
| TRIADN | 12/20 | Disclosure Notice of Terrorism Insurance Coverage |

The following forms apply to the Commercial Liability coverage part

| Endt# | Revised | Description of Endorsements |
|-------|---------|------------------------------|
| CG 21 06 | 12/23 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL MATERIAL OR INFORMATION |
| CG0001 | 12/07 | Commercial General Liability Coverage Form |
| CG0068 | 05/09 | Recording And Distribution Of Material Or Information In Violation Of Law Exclusion |
| CG2018 | 04/13 | Additional Insured-Mortgagee, Assignee or Receiver |
| CG2104 | 11/85 | Exclusion - Products-Completed Operations Hazard |
| CG2109 | 06/15 | Exclusion - Unmanned Aircraft |
| CG2136 | 03/05 | Exclusion - New Entities |
| CG2139 | 10/93 | Contractual Liability Limitation |
| CG2144 | 04/17 | Limitation of Coverage to Designated Premises, Project or Operation |
| CG2147 | 12/07 | Employment-Related Practices Exclusion |
| CG4032 | 05/23 | Exclusion - Perfluoroalkyl and Polyfluoroalkyl Substances (PFAS) |
| L-232s | 09/05 | Classification Limitation Endorsement |
| L-278 VAC | 04/15 | Independent Contractors/Subcontractors Exclusion |
| L-395 | 04/15 | Vacant Building Protection Warranty |
| L-500 | 12/17 | Bodily Injury Exclusion - All Employees, Volunteer Workers, Temporary Workers, Casual Laborers, Contractors and Subcontractors |
| L-526 | 01/15 | Absolute War Or Terrorism Exclusion |
| L-532 VAC | 12/14 | Exclusion - Construction Operations |
| L-540 | 11/09 | Exclusion - Exterior Work Over 50 Feet |
| L-599 | 04/15 | Absolute Exclusion For Pollution, Organic Pathogen, Silica, Asbestos And Lead With A Hostile Fire Exception |

## EXTENSION OF DECLARATIONS

Policy No. CP 2692664

Effective Date:    11/07/2024
12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS

FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| L-783 | 04/15 | Amendment Of Liquor Liability Exclusion |
| L-819 | 09/18 | Swimming Pool, Hot Tub or Spa Exclusion |
| LLQ100 | 04/15 | Who Is An Insured Clarification Endorsement |
| LLQ368 | 04/15 | Separation Of Insureds Clarification Endorsement |

The following forms apply to the Commercial Property coverage part

| Endt# | Revised | Description of Endorsements |
|---|---|---|
| CP 109 | 04/15 | Functional Building Valuation |
| CP 110 | 04/15 | "Equipment Breakdown" Enhancement Endorsement |
| CP 132 | 04/15 | Mortgagee/Loss Payable Provisions |
| CP 141 DEP | 04/20 | Changes - Actual Cash Value and Depreciation Definition |
| CP 142 | 04/14 | Protective Devices Or Services Provisions |
| CP 224 | 10/21 | Asbestos Material Exclusion |
| CP 225 | 04/15 | Exclusion - Lead Contamination |
| CP 226 | 04/15 | Absolute Pollution Exclusion – Property |
| CP 227 | 02/11 | Mold, Fungus, Bacteria, Virus Or Organic Pathogen Exclusion |
| CP 245 | 09/15 | Earth Movement Exclusion |
| CP 250 | 04/17 | Theft Exclusion |
| CP0010 | 06/07 | Building And Personal Property Coverage Form |
| CP0090 | 07/88 | Commercial Property Conditions |
| CP0125 | 02/23 | Florida Changes |
| CP1010 | 06/07 | Causes Of Loss - Basic Form |
| CP1032 | 08/08 | Water Exclusion Endorsement |
| CP1054 | 06/07 | Windstorm Or Hail Exclusion |
| CP1056 | 06/07 | Sprinkler Leakage Exclusion |
| CP1075 | 12/20 | Cyber Incident Exclusion |
| IL0255 | 03/24 | Florida Changes - Cancellation and Nonrenewal |
| L-395 | 04/15 | Vacant Building Protection Warranty |
| P 246 | 01/15 | Exclusion of War, Military Action and Terrorism |

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

Policy No. CP 2692664

Effective Date:  11/07/2024
12:01 STANDARD TIME

## DESCRIPTION OF PREMISES

| Prem | Bldg | Location, Construction, Occupancy and Other Information | Territory | Fire Code |
|------|------|--------------------------------------------------------|-----------|-----------|
| 1 | 1 | 414 E Emily Street, Tampa, FL 33603 | 004 | 1180 |

Description:     Vacant Building without Renovation

Covered Causes of Loss:  Basic Excluding Sprinkler Leakage, Wind And Hail        Protection Class   1

Construction:     Frame                         Number of Stories: 2          Square Footage:  4580

Special Deductible:   None              Special Deductible Type:

## COVERAGES PROVIDED - INSURANCE  AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| Prem | Bldg | Coverage | Limits of Insurance | Deductible | Coinsurance % or Monthly Indemnity | + Valuation | Premium |
|------|------|----------|---------------------|------------|-----------------------------------|-------------|---------|
| 1 | 1 | Building | $980,000 | $5,000 | 80% | FBV | $1,862 |
| 1 | 1 | Equipment Breakdown | Included | $1,000 | | | $50 |

MINIMUM PREMIUM FOR PROPERTY COVERAGE PART:     $150

TOTAL PREMIUM FOR PROPERTY COVERAGE PART:     $1,912

MP - minimum premium

+ Valuation: ACV - Actual Cash Value; RC - Replacement Cost; RC/ACV - Replacement Cost/ACV Roof
FBV - Functional Building Value; AA - Agreed Amount; ALS - Actual Loss Sustained

## LOSS PAYABLE(S): CP-132 (04-15)

Coverage Form(s)/Part(s) and Endorsement(s) made a part of this policy at time of issue:
See Endorsement EOD (01/95)

**THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.**

CF 150 (01/03)

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Policy No.   CP 2692664

Effective Date:  11/07/2024
12:01 STANDARD TIME

## LIMITS OF INSURANCE

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Personal & Advertising Injury Limit (Any One Person/Organization) | $1,000,000 |
| Medical Expense (Any One Person) | $5,000 |
| Damages To Premises Rented To You (Any One Premises) | $100,000 |
| Products/Completed Operations Aggregate Limit | Excluded |
| General Aggregate Limit | $2,000,000 |

## LIABILITY DEDUCTIBLE $0

## LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

| Location | Address | Territory |
|---|---|---|
| 1 | 414 E Emily Street, Tampa, FL 33603 | 004 |

## PREMIUM COMPUTATION

| Loc | Classification | Code No. | Premium Basis | Annual Rate Pr/Co | Annual Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|---|
| 1 | Vacant Buildings - not factories - Other than Not-For-Profit | 68606 | 4,580 Per 1,000 Total Area | Excluded | 29.458 | Excluded | $262 MP |
| 1 | Additional Insured - Mortgagee, Assignee or Receiver | 49950 | 1 Flat | Excluded | 0.000 | Excluded | Included |

TOTAL PREMIUM FOR GENERAL LIABILITY COVERAGE PART:   $262

(This Premium may be subject to adjustment.)   MP - minimum premium

Coverage Form(s)/Part(s) and Endorsement(s) made a part of this policy at time of issue:

See Form EOD (01/95)

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1988

**This page has been intentionally left blank.**

### Service Of Suit

Pursuant to any statute of any state, territory or district of the United States which makes provisions therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the Statute, or his successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured(s) or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the below named as the person to whom the said officer is authorized to mail process or a true copy thereof.

It is further agreed that service of process in such suit may be made upon the General Counsel of the Company, or his nominee, at 1190 Devon Park Drive, Wayne, Pennsylvania 19087 and that in any suit instituted against any one of them upon this policy, the Company will abide by the final decision of such Court or any Appellate Court in the event of an appeal.

COMMERCIAL GENERAL LIABILITY
CG 02 20 03 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**(4)** A substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** Paragraph **3.** of the **Cancellation** Common Policy Condition is replaced by the following:

**3.** We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

© Insurance Services Office, Inc., 2011

**C.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

© Insurance Services Office, Inc., 2011
**CG 02 20 03 12**

POLICY NUMBER:  CP 2692664                                                    COMMERCIAL PROPERTY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# VACANCY PERMIT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Prem. No. | Bldg. No. | Excepted Causes of Loss | | Permit Period | | Effective Date |
|---|---|---|---|---|---|---|
| | | Vandalism | Sprinkler Leakage | From | To | |
| 1 | 1 | | X | 11/07/2024 | 02/07/2025 | 11/07/2024 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A. The VACANCY Loss Condition does not apply to direct physical loss or damage:

1. At the locations; and
2. During the Permit Period;

shown in the Schedule or in the Declarations.

B. This Vacancy Permit does not apply to the Excepted Causes of Loss Indicated in the Declarations or by an "X" in the Schedule.

CP 04 50 07 88                Copyright, ISO Commercial Risk Services, Inc., 1983, 1987                Page    1 Of    1

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

    Copyright, Insurance Services Office, Inc., 1998       ☐

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

  **(a)** Any "nuclear reactor";

  **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

  **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

  **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

   **a.** Any of the following, whether belonging to any insured or to others:

    **(1)** Computer hardware, including micro-processors;

    **(2)** Computer application software;

    **(3)** Computer operating systems and re-lated software;

    **(4)** Computer networks;

    **(5)** Microprocessors (computer chips) not part of any computer system; or

    **(6)** Any other computerized or electronic equipment or components; or

   **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorse-ment;

   due to the inability to correctly recognize, proc-ess, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

   **a.** In a "Specified Cause of Loss", or in eleva-tor collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

   **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", eleva-tor collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modifi-cation of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficien-cies or change any features.

# INSURANCE

# POLICY

## UNITED STATES LIABILITY INSURANCE GROUP

A STOCK COMPANY

A BERKSHIRE HATHAWAY COMPANY

1190 Devon Park Drive
Wayne, PA 19087-2191
888-523-5545 – USLI.COM

This policy jacket together with the policy declarations, coverage forms and endorsements, if any, complete this policy.

The enclosed declarations designates the issuing company.

# INSURANCE POLICY

## Read your policy carefully!

**In Witness Whereof**, the company has caused this Policy to be executed and attested.  Where required by law, this Policy shall not be valid unless countersigned by a duly authorized representative of the company.

Secretary

*Lauren Reiley*

President

*Thomas P. Nerney*

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL PROPERTY COVERAGE PART**
**CRIME AND FIDELITY COVERAGE PART**
**EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**
**COMMERCIAL UMBRELLA POLICY**
**EXCESS LIABILITY POLICY**

---

## MINIMUM EARNED PREMIUM ENDORSEMENT

In the event of cancellation of this policy by the insured, a Minimum Earned Premium of twenty-five percent (25%) of the total premium shall become earned.

Failure to make timely payments will be considered a request by you for us to cancel your policy.  In the event of such cancellation for non-payment of premium, the greater of the Pro-rata or Short-Rate premium (whichever is applicable) and the Minimum Earned Premium shall be retained as consideration for the coverage provided.

In the event of cancellation by us, the Earned Premium shall be computed on a Pro-Rata basis, and will not be subject to the Minimum Earned Premium.

All other terms and conditions of this policy remain unchanged. This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

L 367 (04-15)                                                                                           Page 1 of 1

This Endorsement modifies insurance provided under the following:

**BOILER AND MACHINERY COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL PROPERTY COVERAGE PART**
**CRIME AND FIDELITY COVERAGE PART**
**COMMERCIAL UMBRELLA POLICY**
**EXCESS LIABILITY POLICY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### Vacant Building Protection Warranty

The Insured acknowledges that this Policy was issued based on the following representation and warranty.  Furthermore, the Insured agrees to maintain the following Warranty for the entire term of the Policy and any renewals thereof, as a condition of coverage.

In consideration of the payment of premium and the issuance of this Policy by the Company, the Insured represents and warrants that:

1.  All windows, doors and passageways for ingress and egress to a building or portion of a building covered by this Policy of insurance that is vacant or partially vacant are and shall remain fully secured and protected from all forms of unauthorized entry.

All other terms and conditions remain unchanged.  This endorsement is a part of your Policy and takes effect on the effective date of your Policy unless another effective date is shown.

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMPREHENSIVE PERSONAL LIABILITY INSURANCE
PERSONAL - EXCESS LIABILITY POLICY
COMMERCIAL UMBRELLA POLICY
COMMERCIAL EXCESS LIABILITY POLICY**

---

# ABSOLUTE WAR OR TERRORISM EXCLUSION

The following supersedes the terms and conditions of this policy.

If the Policy to which this endorsement is attached contains an exclusion for War, that exclusion is deleted in its entirety and replaced with the following.  If the Policy to which this endorsement is attached does not contain an exclusion for War, the exclusion below applies.

This insurance does not apply to, and the Company will not defend or pay Loss for, any Claim arising out of, directly or indirectly resulting from, based upon or in any way involving any actual or alleged:

    (1) War, including undeclared or civil war;
    (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents;
    (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or
    (4) "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"
    regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage

The following definition is added to the Definitions Section:
    "Terrorism" means activities against persons, organizations or property of any nature:
    **1.** That involve the following or preparation for the following:
      **a.** Use or threat of force or violence;
      **b.** Commission or threat of a dangerous act; or
      **c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and
    **2.** When one or both of the following applies:
      **a.** The effect is to intimidate or coerce a government, or to cause chaos among the civilian population or any segment thereof, or to disrupt any segment of the economy; or
      **b.** It is reasonable to believe the intent is to intimidate or coerce a government, or to seek revenge or retaliate, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

# UNITED STATES LIABILITY INSURANCE GROUP
# WAYNE, PENNSYLVANIA

> This Endorsement modifies insurance provided under the following:
>
> **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
> **BUSINESSOWNERS COVERAGE FORM**
> **LIQUOR LIABILITY COVERAGE FORM**

## EXPANDED DEFINITION OF BODILY INJURY

The Definition of "bodily injury" is removed in its entirety and replaced with the following:

1. "Bodily injury" means:
   a. bodily injury,
   b. sickness,
   c. disease; or
   d. mental anguish or emotional distress arising out of a., b., or c., above,

sustained by a person, including death resulting from any of these at any time.

All other terms and conditions of this policy remain unchanged. This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

---

This endorsement modifies insurance provided under the following:

**COMMMERCIAL PROPERTY COVERAGE FORM**
**BUILDERS' RISK COVERAGE FORM**
**CONTRACTORS' EQUIPMENT COVERAGE FORM**
**INSTALLATION FLOATER COVERAGE FORM**
**MISCELLANEOUS ARTICLES COVERAGE FORM**

---

# EXCLUSION OF WAR, MILITARY ACTION AND TERRORISM

If the Policy to which this endorsement is attached contains an exclusion for War, that exclusion is deleted in its entirety and replaced with the following.  If the Policy to which this endorsement is attached does not contain an exclusion for War, the exclusion below applies.

## A. WAR AND MILITARY ACTION

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

1. War, including undeclared or civil war;
2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
3. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the terms of this exclusion and involves nuclear reaction or radiation, or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

## B. TERRORISM

We will not pay for loss or damage caused directly or indirectly by terrorism, including action in hindering or defending against an actual or expected incident of terrorism. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

Terrorism means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:
   a. Use or threat of force or violence;
   b. Commission or threat of a dangerous act; or
   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and
2. When one or both of the following applies:
   a. The effect is to intimidate or coerce a government, or to cause chaos among the civilian population or any segment thereof, or to disrupt any segment of the economy; or
   b. It is reasonable to believe that the intent is to intimidate or coerce a government, or to seek revenge or retaliate, or to further political, ideological, religious, social or

economic objectives or to express (or express opposition to) a philosophy or ideology.

But with respect to any such activity that also comes within the terms of the War And Military Action Exclusion, that exclusion supersedes this Terrorism Exclusion.

In the event of an act of terrorism that involves nuclear reaction or radiation, or radioactive contamination, this Terrorism Exclusion supersedes the Nuclear Hazard Exclusion.

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

# POLICYHOLDER DISCLOSURE NOTICE OF
# TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act ("the Act"), as amended, you have a right to purchase insurance coverage for losses arising out of acts of terrorism. *As defined in Section, 102 (1) of the Act*: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

You should know that any coverage for losses caused by certified acts of terrorism is partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States reimburses 80% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage is provided below and does not include any charges for the portion of loss covered by the federal government under the Act.

Coverage for "insured losses", as defined in the Act, is subject to the coverage terms, conditions, amounts and limits in this policy applicable to losses arising from events other than acts of terrorism.

You should know that the Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement, as well as insurers' liability, for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion in any one calendar year, your coverage may be reduced.

You should also know that, under federal law, you are not required to purchase coverage for losses caused by certified acts of terrorism.

<u>REJECTION OR SELECTION OF TERRORISM INSURANCE COVERAGE</u>

Note: In the states of California, Georgia, Hawaii, Illinois, Iowa, Maine, North Carolina, Oregon, Washington, West Virginia and Wisconsin, our terrorism exclusion makes an exception for fire losses resulting from an Act of Terrorism. In these states, if you decline to purchase Terrorism Coverage, you still have coverage for fire losses resulting from an Act of Terrorism.

Please "X" one of the boxes below and return this notice to the Company.

| X | I decline to purchase Terrorism Coverage. I understand that I will have no coverage for losses arising from acts of Terrorism. |
|---|---|
|   | I elect to purchase coverage for certified acts of Terrorism for a premium of $ _____ . |

On File with the Company
_____
Applicant Name (Print)

_____
Signature on File with the Company
Authorized Signature

BEGDOURI HOMES OF EMILY LLC
_____
Named Insured

On File with the Company
_____
Date

COMMERCIAL GENERAL LIABILITY
CG 21 06 12 23

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

 © Insurance Services Office, Inc., 2022

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 07

# Commercial General Liability Coverage Form

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

    However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

    **(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

 © ISO Properties, Inc., 2006 □

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

© ISO Properties, Inc., 2006

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

 © ISO Properties, Inc., 2006

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

   **(1)** With respect to liability arising out of the maintenance or use of that property; and

   **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

© ISO Properties, Inc., 2006

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    **(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    **(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

    **a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

    **b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

    **c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

    **a.** The statements in the Declarations are accurate and complete;

    **b.** Those statements are based upon representations you made to us; and

    **c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

    **a.** As if each Named Insured were the only Named Insured; and

    **b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

    **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    **b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

    **a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

    **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      **(1)** Power cranes, shovels, loaders, diggers or drills; or

      **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

      **(a)** Snow removal;

      **(b)** Road maintenance, but not construction or resurfacing; or

      **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

   For the purposes of this insurance, electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

       © ISO Properties, Inc., 2006

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

   © ISO Properties, Inc., 2006   **CG 00 01 12 07**   ☐

COMMERCIAL GENERAL LIABILITY
CG 00 68 05 09

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

POLICY NUMBER: CP 2692664

COMMERCIAL GENERAL LIABILITY
CG 20 18 04 13

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

Name of Person(s) or Organization(s):

Effective Date: 11/07/2024
CAPITAL PARTNERS PR, LLC ISAOA/ATIMA
700 BILTMORE WAY C-1
CORAL GABLES, FL 33134

Designation of Premises

414 E EMILY STREET
TAMPA, FL 33603

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. Section II - Who Is An Insured is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule. However:

  a. The insurance afforded to such additional insured only applies to the extent permitted by law; and

  b. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

B. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

C. With respect to the insurance afforded to these additional insureds, the following is added to Section III - Limits Of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  1. Required by the contract or agreement; or

  2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – PRODUCTS-COMPLETED OPERATIONS HAZARD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

This insurance does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard".

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(e)** "Bodily injury" or "property damage" arising out of:

**(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2014

CG 21 09 06 15

**COMMERCIAL GENERAL LIABILITY**
**CG 21 36 03 05**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – NEW ENTITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **3.** of **Section II – Who Is An Insured**
does not apply.

COMMERCIAL GENERAL LIABILITY
CG 21 39 10 93

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONTRACTUAL LIABILITY LIMITATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the DEFINITIONS Section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement.

          Copyright, Insurance Services Office, Inc.,  1992              ☐

POLICY NUMBER:                                                    **COMMERCIAL GENERAL LIABILITY**
**CG 21 44 04 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES, PROJECT OR OPERATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Premises:** |
| **Project Or Operation:** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** If this endorsement is attached to Commercial General Liability Coverage Form **CG 00 01**, the provisions under this Paragraph **A.** apply:

  **1.** Paragraph **1.b.** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

    **b.** This insurance applies to "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

      **(1)** The "bodily injury" or "property damage":

        **(a)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

        **(b)** Arises out of the project or operation shown in the Schedule;

      **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

      **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **2.** Paragraph **1.b.** under **Section I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

    **b.** This insurance applies to "personal and advertising injury" caused by an offense committed in the "coverage territory" but only if:

      **(1)** The offense arises out of your business:

        **(a)** Performed on the premises shown in the Schedule; or

**(b)** In connection with the project or operation shown in the Schedule; and

**(2)** The offense was committed during the policy period.

However, with respect to Paragraph **1.b.(1)(a)** of this Insuring Agreement, if the "personal and advertising injury" is caused by:

**(1)** False arrest, detention or imprisonment; or

**(2)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

then such offense must arise out of your business performed on the premises shown in the Schedule and the offense must have been committed on the premises shown in the Schedule or the grounds and structures appurtenant to those premises.

**3.** Paragraph **1.a.** under **Section I – Coverage C – Medical Payments** is replaced by the following:

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident that takes place in the "coverage territory" if the "bodily injury":

**(1)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(2)** Arises out of the project or operation shown in the Schedule;

provided that:

**(a)** The accident takes place during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**B.** If this endorsement is attached to Commercial General Liability Coverage Form **CG 00 02,** the provisions under this Paragraph **B.** apply:

**1.** Paragraph **1.b.** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**b.** This insurance applies to "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

**(1)** The "bodily injury" or "property damage":

**(a)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(b)** Arises out of the project or operation shown in the Schedule;

**(2)** The "bodily injury" or "property damage" did not occur before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

**(3)** A claim for damages because of the "bodily injury" or "property damage" is first made against any insured, in accordance with Paragraph **1.c.** of this Insuring Agreement, during the policy period or any Extended Reporting Period we provide under Section **V** – Extended Reporting Periods.

**2.** Paragraph **1.b.** under **Section I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**b.** This insurance applies to "personal and advertising injury" caused by an offense committed in the "coverage territory" but only if:

**(1)** The offense arises out of your business:

**(a)** Performed on the premises shown in the Schedule; or

**(b)** In connection with the project or operation shown in the Schedule;

**(2)** The offense was not committed before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

                    © Insurance Services Office, Inc., 2016                    **CG 21 44 04 17**

**(3)** A claim for damages because of the "personal and advertising injury" is first made against any insured, in accordance with Paragraph **1.c.** of this Insuring Agreement, during the policy period or any Extended Reporting Period we provide under Section **V – Extended Reporting Periods.**

However, with respect to Paragraph **1.b.(1)(a)** of this Insuring Agreement, if the "personal and advertising injury" is caused by:

**(1)** False arrest, detention or imprisonment; or

**(2)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

then such offense must arise out of your business performed on the premises shown in the Schedule and the offense must have been committed on the premises shown in the Schedule or the grounds and structures appurtenant to those premises.

**3.** Paragraph **1.a.** under **Section I – Coverage C – Medical Payments** is replaced by the following:

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident that takes place in the "coverage territory" if the "bodily injury":

**(1)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

**(2)** Arises out of the project or operation shown in the Schedule;

provided that:

**(a)** The accident takes place during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

<div align="right">

**COMMERCIAL GENERAL LIABILITY**
**CG 21 47 12 07**

</div>

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 40 32 05 23

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

  **2. Exclusions**

  This insurance does not apply to:

  **Perfluoroalkyl And Polyfluoroalkyl Substances**

  **a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

  **b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

  **2. Exclusions**

  This insurance does not apply to:

  **Perfluoroalkyl And Polyfluoroalkyl Substances**

  **a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

  **b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

 © Insurance Services Office, Inc., 2022

**C.** The following definition is added to the **Definitions** Section:

"Perfluoroalkyl or polyfluoroalkyl substances" means any:

**1.** Chemical or substance that contains one or more alkyl carbons on which hydrogen atoms have been partially or completely replaced by fluorine atoms, including but not limited to:

   **a.** Polymer, oligomer, monomer or nonpolymer chemicals and their homologues, isomers, telomers, salts, derivatives, precursor chemicals, degradation products or by-products;

   **b.** Perfluoroalkyl acids (PFAA), such as perfluorooctanoic acid (PFOA) and its salts, or perfluorooctane sulfonic acid (PFOS) and its salts;

   **c.** Perfluoropolyethers (PFPE);

   **d.** Fluorotelomer-based substances; or

   **e.** Side-chain fluorinated polymers; or

**2.** Good or product, including containers, materials, parts or equipment furnished in connection with such goods or products, that consists of or contains any chemical or substance described in Paragraph **C.1.**

© Insurance Services Office, Inc., 2022
**CG 40 32 05 23**

# UNITED STATES LIABILITY INSURANCE GROUP
# WAYNE, PENNSYLVANIA

This Endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

## CLASSIFICATION LIMITATION ENDORSEMENT

Coverage under this contract is strictly limited to the classification(s) and code(s) listed on the policy Declarations page.

No coverage is provided for any classification(s) and code(s) not specifically listed on the Declarations page of this policy.

All other terms and conditions of this policy remain unchanged. This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

**L-232s (9/05)**                                                                 Page 1 of 1

| This endorsement modifies insurance provided under the following: |
|:---:|
| **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** |

# INDEPENDENT CONTRACTORS/SUBCONTRACTORS EXCLUSION

It is agreed:

I.  This policy does not insure against loss or expense, including but not limited to the cost of defense, arising from or resulting, directly or indirectly, from "bodily injury", "property damage", or "personal and advertising injury liability" arising out of the operations performed for any insured by any contractor(s) or sub-contractor(s) or acts or omissions of any insured in the hiring, employment, training, selection, retention, monitoring of others by a contractor or sub-contractor, or supervision of any contractor(s) or sub-contractor(s).
    This exclusion shall not apply to such loss or expense, including but not limited to the cost of defense, arising from the operations of a contractor or sub-contractor directly relating to the renovation of a vacant building at an insured location that is shown on the Declarations and for which a premium has been paid.

II. As respects this exclusion solely, **Section IV. Commercial General Liability Conditions,** item **7. Separation of Insureds** is deleted in its entirety and replaced with the following:
    **7. Separation of Insureds**
    Except with respect to the Limits of Insurance, this Independent Contractors/Subcontractors Exclusion, and any rights or duties specifically assigned in this coverage part to the first Named Insured, this insurance applies:
    a.  As if each Named Insured were the only Named Insured; and
    b.  Separately to each insured against whom claim is made or "suit" is brought

All other terms and conditions of this policy remain unchanged. This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

L 278 VAC (04-15)                                                                                    Page 1 of 1

This Endorsement modifies insurance provided under the following:

**BOILER AND MACHINERY COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL PROPERTY COVERAGE PART**
**CRIME AND FIDELITY COVERAGE PART**
**COMMERCIAL UMBRELLA POLICY**
**EXCESS LIABILITY POLICY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**Vacant Building Protection Warranty**

The Insured acknowledges that this Policy was issued based on the following representation and warranty.  Furthermore, the Insured agrees to maintain the following Warranty for the entire term of the Policy and any renewals thereof, as a condition of coverage.

In consideration of the payment of premium and the issuance of this Policy by the Company, the Insured represents and warrants that:

1.  All windows, doors and passageways for ingress and egress to a building or portion of a building covered by this Policy of insurance that is vacant or partially vacant are and shall remain fully secured and protected from all forms of unauthorized entry.

All other terms and conditions remain unchanged.  This endorsement is a part of your Policy and takes effect on the effective date of your Policy unless another effective date is shown.

<div style="border:1px solid">

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

</div>

# BODILY INJURY EXCLUSION - ALL EMPLOYEES, VOLUNTEER WORKERS, TEMPORARY WORKERS, CASUAL LABORERS, CONTRACTORS AND SUBCONTRACTORS

**Section I – Coverages, Coverage A Bodily Injury and Property Damage Liability, 2. Exclusions, e. Employer's Liability** is deleted in its entirety and replaced with the following:

**e. Employer's and Other Liability**

  **(1)** "Bodily injury" to any "employee", "volunteer worker", "temporary worker" or "casual laborer" arising out of or in the course of:

    **(a)** Employment by any insured or any additional insured; or

    **(b)** Performing duties related to the conduct of any insured's or additional insured's business;

  **(2)** "Bodily injury" to any "Contractor", "Subcontractor" or any "employee", "volunteer worker", "temporary worker" or "casual laborer" of any "Contractor" or "Subcontractor", whether or not under contract with any insured or additional insured, arising out of or relating, directly or indirectly, to providing or failing to provide work, materials or services of any kind or nature whatsoever by such "Contractor", "Subcontractor" or "employee", "volunteer worker", "temporary worker" or "casual laborer" of such "Contractor" or "Subcontractor" for which "bodily injury" any insured or additional insured may become liable in any capacity; or

  **(3)** Any obligation of any insured or additional insured to indemnify or contribute with another because of damages arising out of such "bodily injury"; or

  **(4)** "Bodily injury" sustained by the spouse, child, parent, brother or sister of any "employee", "volunteer worker", "temporary worker" or "casual laborer" of any insured or additional insured, or of any "Contractor", "Subcontractor", or of any "employee", "volunteer worker", "temporary worker" or "casual laborer" of any "Contractor" or "Subcontractor" as a consequence of any injury to any person as set forth in (1) and (2) above.

This exclusion also applies to all claims and "suits" by any person or organization for damages because of such "bodily injury", including, but not limited to damages for care and loss of services and any claim under which any insured or additional insured may be held liable under any Workers' Compensation law.

"Contractor" or "Subcontractor" means any person who provides work, materials or services of any kind, to any person, entity or organization with or without a contract.

"Casual laborer" means any person, not a "Contractor" or "Subcontractor", who

provides work, materials or services of any kind to any person, entity or organization, with or without a contract.


All other terms and conditions of this policy remain unchanged. This endorsement is a part of  your policy and takes effect on the effective date of your policy unless another effective date is  shown.

| This endorsement modifies insurance provided under the following: |
|:---:|
| **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**<br>**COMPREHENSIVE PERSONAL LIABILITY INSURANCE**<br>**PERSONAL - EXCESS LIABILITY POLICY**<br>**COMMERCIAL UMBRELLA POLICY**<br>**COMMERCIAL EXCESS LIABILITY POLICY** |

# ABSOLUTE WAR OR TERRORISM EXCLUSION

The following supersedes the terms and conditions of this policy.

If the Policy to which this endorsement is attached contains an exclusion for War, that exclusion is deleted in its entirety and replaced with the following.  If the Policy to which this endorsement is attached does not contain an exclusion for War, the exclusion below applies.

This insurance does not apply to, and the Company will not defend or pay Loss for, any Claim arising out of, directly or indirectly resulting from, based upon or in any way involving any actual or alleged:

    (1) War, including undeclared or civil war;

    (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents;

    (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

    (4) "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

    regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage

The following definition is added to the Definitions Section:

    "Terrorism" means activities against persons, organizations or property of any nature:

    **1.** That involve the following or preparation for the following:

      **a.** Use or threat of force or violence;

      **b.** Commission or threat of a dangerous act; or

      **c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    **2.** When one or both of the following applies:

      **a.** The effect is to intimidate or coerce a government, or to cause chaos among the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **b.** It is reasonable to believe the intent is to intimidate or coerce a government, or to seek revenge or retaliate, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

| This endorsement modifies insurance provided under the following: |
| :---: |
| **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** |

## Exclusion – Construction Operations

This policy does not insure against loss or expense, including but not limited to the cost of defense, arising or resulting, directly or indirectly from "bodily injury", "property damage", or "personal and advertising injury" or medical expenses arising out of any construction, "construction services", demolition, renovation, structural repairs, site preparations or similar operations.

This exclusion shall not apply to such loss or expense, including but not limited to the defense, arising solely from the operations of a contractor or sub-contractor directly involved in the renovation of a vacant building at an insured location that is shown on the Declarations and for which a separate premium has been paid to cover the operations of a contractor or sub-contractor involved in renovations.

"Construction Services" includes, but is not limit to surveying, drafting, test borings, or inspections or other services relating directly or indirectly to construction, demolition, renovation, structural repair, site preparation or similar operations.

All other terms and conditions of this policy remain unchanged. This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

## UNITED STATES LIABILITY INSURANCE GROUP
## WAYNE, PENNSYLVANIA

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL UMBRELLA POLICY
EXCESS LIABILITY POLICY**

## EXCLUSION – EXTERIOR WORK OVER 50 FEET

This policy does not insure against loss or expense, including but not limited to the cost of defense, arising from or resulting, directly or indirectly, from:

1. "Your work" on the exterior of any building or structure in excess of fifty (50) feet in height; or
2. "Your work" on the exterior of any building or structure that is proposed to be over fifty (50) feet in height.

This exclusion will not apply to "your work" performed within the interior walls of any building or structure.

All other terms and conditions of this policy remain unchanged. This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

> This endorsement modifies insurance provided under the following:
> **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

# Absolute Exclusion For Pollution, Organic Pathogen, Silica, Asbestos And Lead With A Hostile Fire Exception

**SECTION I – COVERAGES**, **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, Paragraph **2. Exclusions**, **f. Pollution** is deleted in its entirety and replaced with the following:

**f. Pollution, Organic Pathogen, Silica, Asbestos and Lead**
  **(1)** "Bodily injury" or "property damage"; or
  **(2)** Diminishing or lessening in value of property or for damages from the taking, use or acquisition or interference with the rights of others in property or air space; or
  **(3)** Loss, cost or expense, including but not limited to payment for investigation or defense, fines and penalties, arising out of any governmental or any private party action, that an insured or any other party test for, monitor, clean up, remove, contain, mitigate, treat, detoxify or neutralize or in any way respond to or assess the actual or alleged effects of "pollutants", "organic pathogens", "silica", asbestos, or lead;

  arising directly, indirectly, in concurrence with or in any sequence out of the actual, alleged or threatened presence of or exposure to, ingestion, inhalation, absorption, contact with discharge, dispersal, seepage, release or escape of "pollutants", "organic pathogens", "silica", asbestos, or lead, whether or not any of the foregoing are (1) sudden, accidental or gradual in nature; (2) intentional; or (3) expected or intended from the standpoint of the insured.

  This exclusion applies even if the "pollutant", "organic pathogen", "silica", asbestos, or lead has a function in, or is used by you in your business, operations, premises, site or location.

  This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:
  (1) At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or
  (2) At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

  This exclusion does not apply to "bodily injury" or "property damage" arising from the consumption of food products intended for human consumption.

"Pollutants" mean[s] any solid, liquid, gaseous, bacterial, fungal, electromagnetic, thermal or other substance that can be toxic or hazardous, cause irritation to animals or persons and/or cause contamination to property and the environment including smoke, vapor, soot, fumes, acids, alkalis, chemicals, toxic materials, "volatile organic compound" and gases therefrom, radon, combustion byproducts and waste. Specific examples identified as pollutants include, but are not limited to, diesel, kerosene, and other fuel oils . . . carbon monoxide, and other exhaust gases . . . mineral spirits, and other solvents . . . tetrachloroethylene, perchloroethylene (PERC), trichloroethylene (TCE), methylene chloroform, and other dry cleaning chemicals . . . chlorofluorocarbons, chlorinated hydrocarbons, adhesives, pesticides, insecticides . . . and all substances specifically listed, identified, or described by one or more of the following references: **Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances** (1997 and all subsequent editions), **Agency for Toxic Substances And Disease Registry ToxFAQs™**, and/or **U.S. Environmental Protection Agency EMCI Chemical References Complete Index**.

"Silica" means silica in any form and any of its derivatives, including but not limited to silica dust, silicon dioxide, crystalline silica, quartz, or non-crystalline (amorphous) silica.

"Volatile organic compound" means any compound which discharges organic gases as it decomposes or evaporates, examples of which include but are not limited to formaldehyde, pesticides, adhesives, construction materials made with organic chemicals, solvents, paint, varnish and cleaning products.

"Waste" means any property intended to be disposed, recycled, reused or reclaimed by the owner or user thereof.

"Organic pathogen" means any organic irritant or contaminant, including but not limited to mold, fungus, bacteria or virus, including but not limited to their byproduct such as mycotoxin, mildew, or biogenic aerosol.


All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

| This endorsement modifies insurance provided under the following: |
| :---: |
| **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** |

## Amendment Of Liquor Liability Exclusion

It is agreed:

**SECTION I – COVERAGES**; **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**; **2. Exclusions**; **c. Liquor Liability** is deleted in its entirety and replaced with the following:

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**COMMERCIAL UMBRELLA POLICY**
**EXCESS LIABILITY POLICY**

## SWIMMING POOL, HOT TUB OR SPA EXCLUSION

This insurance does not apply to any "occurrence" or injury arising out of or in any way involving the use, maintenance or existence of a swimming pool, hot tub or spa. This exclusion applies to all "bodily injury", "property damage" or "personal and advertising injury" sustained by any person, including emotional distress and mental anguish whether the person has authorized or unauthorized access to the swimming pool, hot tub or spa.

All other terms and conditions of this policy remain unchanged. This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**LIQUOR LIABILITY COVERAGE FORM**

Throughout this policy, with the exception of **SECTION II – WHO IS AN INSURED;** when the word "insured(s)" is used it shall mean "any insured(s)".

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**LIQUOR LIABILITY COVERAGE FORM**

## Separation Of Insureds Clarification Endorsement

It is agreed that **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** and **SECTION IV – LIQUOR LIABILITY CONDITIONS**; **7. Separation Of Insureds** is deleted in its entirety and replaced with the following:

**7. Separation of Insureds**

The Limits of Insurance of this policy applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought, but nothing in this endorsement shall serve to increase the Limits of Insurance beyond the Per occurrence, per person, per premises, per common cause, aggregate or any similar limit stipulated in the Declarations.

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

This endorsement modifies insurance provided under the following:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
**CONDOMINIUM ASSOCIATION COVERAGE FORM**

# FUNCTIONAL BUILDING VALUATION

The information for this endorsement will be shown in the Declarations.

The Limit of Insurance shown in the Declarations is the only limit of insurance applicable to the building described in the Declarations.

With respect to the building described in the Declarations, Section **E. Loss Conditions, 7. Valuation**, items **a.** and **b.**, are deleted in their entirety and replaced with the following:

**a.** If you contract for repair or replacement of the loss or damage to restore the building shown in the Declarations for the same occupancy and use, within one hundred eighty (180) days of the damage, unless we and you otherwise agree we will pay the smallest of the following:
  **1.** The Limit of Insurance shown in the Declarations as applicable to the damaged building.
  **2.** In the event of a total loss, the cost to replace the damaged building on the same site with a less costly building that is functionally equivalent to the damaged building.
  **3.** In the event of a partial loss, the cost to repair or replace the damaged portion of the building with less costly material, if available, in the architectural style that existed before the loss or damage occurred.
  **4.** The amount you actually spend that is necessary to repair or replace the lost or damaged building with less costly material if available.
**b.** If you do not make a claim under **a.1., a.2., a.3.,** or **a.4.**, above, we will pay the smallest of the following, **1., 2., or 3.:**
  **1.** The Limit of Insurance shown in the Declarations as applicable to the damaged building;
  **2.** The "market value" of the damaged building, exclusive of the land value, at the time of loss; or
  **3.** The amount it would cost to repair or replace the damaged building on the same site, with less costly material in the architectural style that existed before the damage occurred, less allowance for physical deterioration and depreciation.

The following is added to Section **E. Loss Conditions, 7. Valuation**:

If there is other insurance covering the same loss or damage our insurance is excess. But we will not pay more than the applicable Limit of Insurance.

The following Definition is added:

**"Market Value",** as used in this endorsement, means the price that the property might be expected to realize if offered for sale in a fair market.

All other terms and conditions of this Policy remain unchanged.  This endorsement is a part of your Policy and takes effect on the effective date of your Policy unless another effective date is shown.

---

This endorsement modifies insurance provided under the following:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
**CONDOMINIUM ASSOCIATION COVERAGE FORM**
**CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM**
**CAUSES OF LOSS –BASIC FORM**

---

## "EQUIPMENT BREAKDOWN" ENHANCEMENT ENDORSEMENT

With respect to "Equipment Breakdown", this endorsement changes coverage provided by the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10**, **CONDOMINIUM ASSOCIATION COVERAGE FORM CP 00 17** or **CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM CP 00 18**, whichever is applicable and the **CAUSES OF LOSS - BASIC FORM CP 10 10** and endorsements thereto.  Read the entire endorsement carefully to determine rights, duties and what is and is not covered.

Changes to **BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, CONDOMINIUM** ASSOCIATION COVERAGE FORM CP 00 17 or **CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM CP 00 18**, whichever is applicable

The following are added to **F. Additional Conditions**:

**Suspension**

Whenever **Covered Property** is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that **Covered Property** for the perils covered by this endorsement.  Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension / coverage reinstatement to:

**a.** Your last known address; or

**b.** The address where the property is located.

But if we suspend your insurance, you will get a pro rata refund of premium.  But the suspension will be effective even if we have not yet made or offered a refund.

**Inspections and Surveys**

**a.** We have the right to:

    **(1)** Make inspections and surveys at any time; and/or

    **(2)** Give you reports on the conditions we find; and/or

    **(3)** Recommend changes.

**b.** are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged.  We do not make safety inspections.  We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public and we do not warrant that conditions:

    **(1)** Are safe or healthful; or

    **(2)** Comply with laws, regulations, codes or standards.

**c.** Paragraphs **a.** and **b.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization, which makes insurance inspections, surveys, reports or recommendations.

**"Green" Environmental and Efficiency Improvements**

If **Covered Property** requires repair or replacement due to an "Equipment Breakdown", we will pay:

**a.** The lesser of the reasonable and necessary additional cost incurred by the Insured to repair or replace physically damaged **Covered Property** with equipment of like kind and quality that qualifies as "Green". **"**Like kind and quality" includes similar size and capacity.

**b.** The additional reasonable and necessary fees incurred by the Insured for an accredited professional certified by a "Green Authority**"** to participate in the repair or replacement of physically damaged **Covered Property** as "Green"**.**

**c.** The additional reasonable and necessary cost incurred by the Insured for certification or recertification of the repaired or replaced **Covered Property** as "Green**"**.

**d.** The additional reasonable and necessary cost incurred by the Insured for "Green" in the removal, disposal or recycling of damaged **Covered Property**.

**e.** The business interruption (if covered within the Policy to which this **Equipment Breakdown Enhancement Endorsement – "Green" Environmental and Efficiency Improvements** is attached) loss during the additional time required for repair or replacement of **Covered Property**, consistent with "Green"**,** in the coverages above.

**f.** We will not pay more than one hundred twenty-five percent (125%), to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs, and any business interruption loss incurred as stated above.

These **"Green" Environmental and Efficiency Improvements** will be part of, and not an addition to, the limit of liability per loss or any other sub-limits of liability of this policy.

**"Green" Environmental and Efficiency Improvements** is subject to the following conditions:

**a.** **Covered Property** does not include stock, raw materials, finished goods, "production machinery**"**, merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which the Insured is legally liable, or personal property of others.

**b.** Losses shall not be adjusted on any valuation basis other than a repair or replacement basis as per the Valuation section of this policy.

**c.** "Equipment Breakdown" will not cover any loss covered under any other section of this policy.

**d.** "Equipment Breakdown will not cover any cost incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to the time of the "Equipment Breakdown".

Changes to **CAUSES OF LOSS - BASIC FORM CP 10 10**

The following is added to **A. Covered Causes of Loss:**

**12.** "Equipment Breakdown", meaning direct damage to **Covered Property** as follows:

"Equipment Breakdown" as used herein means:

**a.** Physical loss or damage both originating within:

**(1)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

**(a)** waste disposal piping; and/or

**(b)** any piping forming part of a fire protective system; and/or

**(c)** furnaces; and

**(d)** any water piping other than:

**(i)** boiler feed water piping between the feed pump and the boiler; or

**(ii)** boiler condensate return piping; or

**(iii)** water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

**(2)** All mechanical, electrical, electronic or fiber optic equipment; and

**b.** Caused by, resulting from, or consisting of:

**(1)** Mechanical breakdown; or

**(2)** Electrical or electronic breakdown meaning breakdown from artificially generated electrical current, including electrical arcing, that disturbs electrical devices, appliances or wires; or

**(3)** Rupture, bursting, bulging, implosion, or steam explosion.

However, "Equipment Breakdown" does not mean physical loss or damage caused by or resulting from any of the following; however if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by birds, rodents or other animals;

**(6)** The following causes of loss to personal property:

**(a)** dampness or dryness of atmosphere;

**(b)** marring or scratching

**(7)** Any accident, loss, damage, cost, claim or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing or processing of data by any computer system including any hardware, programs or software.

However, we will not pay for any loss, damage, cost or expense under this endorsement for which coverage is provided by the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, CONDOMINIUM ASSOCIATION COVERAGE FORM CP 00 17** or **CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM CP 00 18**, whichever is applicable and the **CAUSES OF LOSS - BASIC FORM CP 10 10** and endorsements thereto.

Section **B. Exclusions**, **1.e. Utility Services** is amended to add the following:

    **e.   Utility Services**

        Loss resulting from "Equipment Breakdown" to power or other utility service supplied to the described premises if the failure occurs beyond 1,000 feet from the described premises.  Failure includes lack of sufficient capacity and reduction in supply.

        But if failure of power or other utility service results in an "Equipment Breakdown", we will pay for the loss or damage caused by that "Equipment Breakdown".

        However, we will not pay for any loss, damage, cost or expense under this endorsement for which coverage is provided by the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, CONDOMINIUM ASSOCIATION COVERAGE FORM CP 00 17** or **CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM CP 00 18**, whichever is applicable and the **CAUSES OF LOSS - BASIC FORM CP 10 10** and endorsements thereto.

        This exclusion does not apply to the Business Income coverage or to Extra Expense coverage.   Instead the Special Exclusion in paragraph **B.3.a (1)** applies to these coverages.

The following Exclusions are deleted in their entirety:

    **2. a.**    **Electrical Disturbances**

    **2. d.**    **Steam Explosion**

    **2. e.**    **Mechanical breakdown**

**Special Exclusions 3.a.(1)** is deleted in its entirety and replaced with the following:

    **3.   Special Exclusions**

      **a.**  Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form

        We will not pay for:

      **(1)** Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

        However, we will pay for loss resulting in a Business Income or Extra Expense loss due to an "Equipment Breakdown" to covered equipment that occurs on or within 1,000 feet of the described premises.

        If the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

        However, we will not pay for any loss, damage, cost or expense under this endorsement for which coverage is provided by the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10, CONDOMINIUM ASSOCIATION COVERAGE FORM CP 00 17** or **CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM CP 00 18**, whichever is applicable and the **CAUSES OF LOSS - BASIC FORM CP 10 10** and endorsements thereto.

The following **Additional Coverage Extensions** are added:

    **1.   Expediting Expense**

At our sole discretion, we will pay for the expediting expense loss resulting from an "Equipment Breakdown**"** causing damage to **Covered Property**. We will pay the "reasonable extra cost" to:

**a.** Make temporary repairs; and

**b.** Expedite permanent repairs; and

**c.** Expedite permanent replacement.

"Reasonable extra cost" shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation which will be a part of and not an addition to the limit shown on the Declarations Page.

**2. Refrigerant Contamination**

We will pay for contamination by a refrigerant resulting from "Equipment Breakdown" causing damage to **Covered Property**.

The most we will pay for loss or damage under this coverage is the limit shown in the Declaration for Business Personal Property or $250,000, whichever is less, unless a higher limit is provided by endorsement. In that case, whichever limit is greater will apply. This payment may be adjusted for salvage expenses or recoveries, if any.

**3. Spoilage Coverage**

We will pay for loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by "Equipment Breakdown**"** to types of property covered by this policy, that are:

**a.** located on or within 1,000 feet of the described premises;

**b.** owned or used by you, owned by the building owner at the described premises, or owned by a public utility; and

**c.** used to supply telephone, electricity, air conditioning, heating, gas, water or steam to the described premises.

However, we will not pay for any loss, damage, cost or expense under this endorsement for which coverage is provided by the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10**, **CONDOMINIUM ASSOCIATION COVERAGE FORM CP 00 17** or **CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM CP 00 18**, whichever is applicable and the **CAUSES OF LOSS - BASIC FORM CP 10 10** and endorsements thereto.

The most we will pay for loss or damage under this coverage is the limit shown in the Declaration for Business Personal Property or $250,000, whichever is less, unless a higher limit is provided by endorsement. This payment may be adjusted for salvage expenses or recoveries, if any.

Section **E. Definitions**, is amended by addition of the following:

"**Green**" means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

"**Green Authority**" means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green**"** Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

**"Production machinery"** means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

All other terms and conditions of this policy remain unchanged. This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

# MORTGAGEE/LOSS PAYABLE PROVISIONS

## SCHEDULE

| Prem. No. | Bldg. No. | Add/Delete | Loss Payee (Name & Address) | Effective Date | Loan Number |
|---|---|---|---|---|---|
| 1 | 1 | ADD | Capital Partners PR, LLC ISAOA/ATIMA 700 Biltmore Way C-1 Coral Gables, FL 33134 | 11/07/2024 | 23-3179 |

A. When this endorsement is attached to the STANDARD PROPERTY POLICY CP 00 99 the term Coverage Part in this endorsement is replaced by the term Policy.

B. LOSS PAYABLE
For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:
a.  Adjust losses with you; and
b.  Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

C. LENDER'S LOSS PAYABLE
1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:
   a. Warehouse receipts;
   b. A contract for deed;
   c. Bills of lading;
   d. Financing statements; or
   e. Mortgages, deeds of trust, or security agreements.
2. For Covered Property in which both you and a Loss Payee have an insurable interest:
   a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.
   b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.
   c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

   (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;
   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.
   All of the terms of this Coverage Part will then apply directly to the Loss Payee.

       d.  If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

          (1)   The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

          (2)   The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

          At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest.  In this event, you will pay your remaining debt to us.

   3.  If we cancel this policy, we will give written notice to the Loss Payee at least:

       a.  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

       b.  30 days before the effective date of cancellation if we cancel for any other reason.

   4.  If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D.  CONTRACT OF SALE**

   1.  The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

   2.  For Covered Property in which both you and the Loss Payee have an insurable interest we will:

       a.  Adjust losses with you; and

       b.  Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   3.  The following is added to the OTHER INSURANCE Condition:

      For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**E.  If the Loss Payee indicated in the schedule is a mortgageholder, the following sections of the applicable form are incorporated by reference which made a part of this Endorsement as though fully set forth hereon.**

   1.  Under CP 0010 and CP 0017; Section F. Additional Conditions; 2. Mortgageholders; or

   2.  Under CP 0020; Section F. Additional Conditions; 1. Mortgageholders; or

   3.  Under CP 0090; Section H. Additional Conditions; 7. Mortgageholders.

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

This endorsement modifies insurance provided under the following:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT – OWNERS COVERAGE FORM**

## CHANGES - ACTUAL CASH VALUE AND DEPRECIATION DEFINITION

It is agreed the following **Definitions** are hereby added**:**

1.  "Actual Cash Value" means the cost to repair or replace lost or damaged property with property of similar quality and features. The value of such lost or damaged property shall be reduced by its "depreciation" immediately prior to the loss.
2.  "Depreciation" means a decrease in value because of age, wear, obsolescence or market value and includes:
    a.  the cost of materials, labor and services;
    b.  any applicable taxes; and
    c.  profit and overhead;
    necessary to repair, rebuild or replace lost or damaged property.

All other terms and conditions of this policy remain unchanged. This endorsement is a part of your policy. It takes effect on the effective date of your policy unless another effective date is shown.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
BUILDERS RISK COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
STANDARD PROPERTY POLICY

# Protective Devices Or Services Provisions

## SCHEDULE

| Premises Number | Building Number | Protective Safeguard Symbols Applicable | Description of Protective Safeguard | Effective Date |
|---|---|---|---|---|
| ALL | ALL | P-21 | Premises Fully Secured and Locked | 11/07/2024 |

The following is added to the policy:

A. Protective Safeguards

1. As a condition of this insurance, you are required to have and maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

   a. "P-1" Automatic Sprinkler System, including related supervisory services.

   Automatic Sprinkler System means:

   1) Any automatic fire protective or extinguishing system, including connected:

      (a) Sprinklers and discharge nozzles;

      (b) Ducts, pipes, valves and fittings;

      (c) Tanks, their component parts and supports; and

      (d) Pumps and private fire protection mains.

   2) When supplied from an automatic fire protective system:

      (a) Non-automatic fire protective systems; and

      (b) Hydrants, standpipes and outlets.

   b. "P-2" Automatic Fire Alarm, protecting the entire building, that is:

   1) Connected to a central station; or

   2) Reporting to a public or private fire alarm station.

   c. "P-3" Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

   d. "P-4" Service Contract with a privately owned fire department providing fire protection service to

Includes copyrighted material of Insurance Services Office, Inc. reprinted with permission

the described premises.

e. "P-5" Functioning and operational smoke/heat detectors in all units or occupancies.

f. "P-6" All Electric is on functioning and operational circuit breakers.

g. "P-7" Functioning and operational central station burglar alarms with a monitoring contract.

h. "P-8" Functioning and operational surge protectors on all computer and audio-video equipment.

i. "P-9" Refrigeration maintenance contract on all refrigeration equipment.

j. "P-10" Functioning and operational automatic fire suppression system per NFPA 96 on all cooking equipment.

k. "P-11" Vacant section(s) secured and locked.

l. "P-12" No candles left burning unattended in the building.

m. "P-13" Construction site perimeter is protected with a locked fence.

n. "P-14" Watchman on premises when work not being conducted at the construction site.

o. "P-15" Any item on a display rack with a sales price of $250 or more must be affixed with a security sensor or chained and locked to a rack.

p. "P-16" The building is protected from lightning with an approved NFPA 780 installation.

q. "P-17" Flammable liquids must be stored in NFPA #30 approved cabinets.

r. "P-18" No smoking signs must be posted and enforced.

s. "P-19" No structural work on the load bearing members of the building.

t. "P-20" Spray booth is installed with UL approved fixtures, lighting and electrical outlets according to NFPA 33.

u. "P-21" The protective system described in the schedule.

v. "P-22" All water is turned off unless the building is 100% sprinklered and the system is drained.

W. "P-23" Maintain heat at a level throughout the building to prevent pipes from freezing.


3. The following is added to the EXCLUSIONS section of:

a. Causes of Loss - Basic Form

b. Causes of Loss - Broad Form

c. Causes of Loss - Special Form

d. Standard Property Policy


With respect to "P-1", "P-2", "P-3", "P-4", "P-5", "P-6", "P-8", "P-10", "P-11", "P-12", "P-16", "P-17", "P-18", and "P-20" we will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

(1) Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

(2) Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.


If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Includes copyrighted material of Insurance Services Office, Inc. reprinted with permission

POLICY NUMBER : CP 2692664

With respect to "P-3", "P-7", "P-11", "P-13", "P-14" and "P-15", we will not pay for loss or damage caused by or resulting from vandalism, burglary, theft or any other act of stealing if, prior to vandalism, burglary, theft or any other act of stealing you:

    (1) Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

    (2) Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

With respect to "P-6" and "P-8" we will not pay for loss or damage caused by or resulting from "equipment breakdown", electrical disturbance or expediting expenses as a result of an electrical disturbance if, prior to the "equipment breakdown" you:

    (1) Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

    (2) Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

With respect to "P-9" we will not pay for loss or damage caused by or resulting from "equipment breakdown", spoilage, or expediting expenses as a result of spoilage if, prior to the "equipment breakdown" you:

    (1) Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

    (2) Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

With respect to "P-19" we will not pay for loss or damage caused by or resulting from collapse.

With respect to "P-21" we will not pay for loss or damage caused by or resulting from fire, vandalism, burglary, theft or any other act of stealing, "equipment breakdown", electrical disturbance or expediting expenses as a result of an electrical disturbance, spoilage, or expediting expenses as a result of spoilage, as applicable, if you:

    (1) Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

    (2) Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

With respect to "P-22"and "P-23" we will not pay for loss or damage caused by or resulting from "water damage", if prior to the "water damage" you:

    1) Know of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

    2) Failed to maintain any protective safeguard listed in the Schedule above and over which you had control in complete working order.

For the purpose of this endorsement "water damage" means:

    1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance containing water or steam;

    2) Loss or damage caused by or resulting from freezing.

CP 142 (04-14)                                                                                            Page 3  of 3

Includes copyrighted material of Insurance Services Office, Inc. reprinted with permission

| This endorsement modifies insurance provided under the following: |
| :---: |
| **COMMERCIAL PROPERTY COVERAGE PART** |

# ASBESTOS MATERIAL EXCLUSION

It is agreed that this policy does not insure loss or expense resulting from:

1) demolition or increased cost of reconstruction, repair, testing, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating asbestos material.

2) any government direction or request declaring that asbestos material present in or part of or utilized on any undamaged portion of the insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

| This endorsement modifies insurance provided under the following: |
| :---: |
| **COMMERCIAL PROPERTY COVERAGE PART** |

# EXCLUSION - LEAD CONTAMINATION

It is agreed that this policy does not apply to, and we will not defend or pay any loss arising, directly out of or indirectly resulting from, based upon or in any way involving the existence of lead in any form.

All other terms and conditions of this policy remain unchanged. This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**

---

## Absolute Pollution Exclusion – Property

The following supersedes the terms and conditions of this policy.  This insurance does not apply:

1) to direct physical loss of or damage to Covered Property,

2) to your expense to remove debris of Covered Property,

3) to any actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration",

4) to any extra expense you incur during the "period of restoration",

5) to damages for the devaluation of property or for the taking, use or acquisition or interference with the rights of others in property or air space,

6) to any loss, cost or expense, including but not limited to fines and penalties, arising out of any governmental direction or request, or any private party or citizen action, that an insured test for, monitor, clean up, remove, contain, treat, detoxify or neutralize "pollutants", or

7) to any litigation or administrative procedure in which an insured may be involved as a party;

arising directly, indirectly, or in concurrence, or in any sequence out of actual, alleged or threatened existence, discharge, dispersal, release or escape of "pollutants", whether or not such actual, alleged or threatened existence, discharge, dispersal, release or escape is sudden, accidental or gradual in nature.

This exclusion applies even if such "pollutant" has a function in, or is used by you in your business, operations, premises, site or location.

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals, toxic materials, "volatile organic compound" and gases therefrom, radon, combustion byproducts and "waste."

"Volatile organic compound" means any compound which discharges organic gases as it decomposes or evaporates, examples of which include but are not limited to formaldehyde, pesticides, adhesives, construction materials made with organic chemicals, solvents, paint varnish and cleaning products.

"Waste" means any property intended to be disposed, recycled, reused or reclaimed by the owner or user thereof.

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

## UNITED STATES LIABILITY INSURANCE GROUP
## WAYNE, PENNSYLVANIA

| This endorsement modifies insurance provided under the following: |
| :---: |
| **COMMERCIAL PROPERTY COVERAGE PART** |

## MOLD, FUNGUS, BACTERIA, VIRUS OR ORGANIC PATHOGEN EXCLUSION

The following supercedes the terms and conditions of this policy.  This insurance does not apply:

1) to direct physical loss of or damage to Covered Property,

2) to your expense to remove debris of Covered Property,

3) to any actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration",

4) to any extra expense you incur during the "period of restoration",

5) to damages for the devaluation of property or for the taking, use or acquisition or interference with the rights of others in property or air space,

6) to any loss, cost or expense, including but not limited to fines and penalties, arising out of any governmental direction or request, or any private party or citizen action, that an insured test for, monitor, clean up, remove, contain, treat, detoxify or neutralize "organic pathogens", or

7) to any litigation or administrative procedure in which an insured may be involved as a party;

arising directly, indirectly, or in concurrence, or in any sequence out of actual, alleged or threatened existence, discharge, dispersal, release or escape of "organic pathogens", whether or not such actual, alleged or threatened existence, discharge, dispersal, release or escape is sudden, accidental or gradual in nature.

This exclusion applies even if such mold, fungus, bacteria, virus or "organic pathogen" has a function in, or is used by you in your business, operations, premises, site or location.

"Organic pathogen" means any organic irritant or contaminant, including but not limited to mold, fungus, bacteria or virus, including but not limited to their byproduct such as mycotoxin, mildew, or biogenic aerosol.

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

CP 227 (02-11)                                                        Page 1 of 1

> This endorsement modifies insurance provided under the following:
> **CAUSE OF LOSS – BASIC FORM**
> **CAUSE OF LOSS – BROAD FORM**
> **CAUSES OF LOSS – SPECIAL FORM**

## Earth Movement Exclusion

It is agreed that the applicable Cause Of Loss Form(s) attached to your policy are revised as follows:

**CAUSES OF LOSS – BASIC FORM and/or CAUSES OF LOSS – BROAD FORM,** Section **A. Covered Causes Of Loss, 11.** is deleted in its entirety and replaced with the following:

    **11.** Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

        **a.** Airborne volcanic blast or airborne shock waves;

        **b.** Ash, dust or particulate matter; or

        **c.** Lava flow.

    With respect to coverage for Volcanic Action as set forth in **11. a., 11.b.,** and **11.c.,** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

    Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**CAUSES OF LOSS – BASIC FORM** and/or **CAUSES OF LOSS – BROAD FORM**, Section **B. Exclusions, 1. b. Earth Movement**, is deleted in its entirety and replaced with the following:

    **b. Earth Movement**

        **(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

        **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

        **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

        **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

    But if Earth Movement, as described in **b. (1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

        **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

    This exclusion applies regardless of whether any of the above, in paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**CAUSES OF LOSS – SPECIAL FORM,** Section **B. Exclusions, 1. b. Earth Movement**, is deleted in its entirety and replaced with the following:

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b. (1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

This endorsement modifies insurance provided under the following:

**CAUSES OF LOSS – BASIC FORM**
**CAUSES OF LOSS – BROAD FORM**

# THEFT EXCLUSION

**A.  Covered Causes of Loss, Paragraph 8**. is deleted and replaced with the following:

   **8.**  Vandalism, meaning willful and malicious damage to or destruction of the described property.

   We will not pay for loss or damage to the building or personal property caused by or resulting from theft, attempted theft, larceny, burglary or any other act of stealing whether occurring separately from or concurrently with vandalism, except for building damage at the point of entry into the interior of the building or exiting from the interior of the building by the perpetrators.

All other terms and conditions of this policy remain the same. This endorsement is a part of your policy.  It takes effect on the effective date of your policy unless another date is shown.

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation Of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

    **(1)** In your care, custody or control; and

    **(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

    However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

    **(1)** The lowest basement floor; or

    **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **(1)** Are licensed for use on public roads; or

    **(2)** Are operated principally away from the described premises.

    This paragraph does not apply to:

        **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

        **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

        **(c)** Rowboats or canoes out of water at the described premises; or

        **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

© ISO Properties, Inc., 2007

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**EXAMPLE #2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 10,000 |

 © ISO Properties, Inc., 2007

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

 © ISO Properties, Inc., 2007

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3)** **Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b.** **Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c.** **Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d.** **Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

    **(a)** In or on a vehicle; or

    **(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    **(a)** The trailer is used in your business;

    **(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

    **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

    **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

© ISO Properties, Inc., 2007

## D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### EXAMPLE #1

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $    250 |
| Limit of Insurance – Building #1: | $ 60,000 |
| Limit of Insurance – Building #2: | $ 80,000 |
| Loss to Building #1: | $ 60,100 |
| Loss to Building #2: | $ 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
−     250
$ 59,850 Loss Payable – Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### EXAMPLE #2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building #1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building #2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

 © ISO Properties, Inc., 2007 CP 00 10 06 07

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | | |
|---|---|---|
| The value of the property is: | | $ 250,000 |
| The Coinsurance percentage for it is: | | 80% |
| The Limit of Insurance for it is: | | $ 100,000 |
| The Deductible is: | | $ 250 |
| The amount of loss is: | | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $     250 |
| | The amount of loss is: | $   40,000 |

The minimum amount of insurance to meet your Co-insurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location #1: | $  75,000 |
| | Building at Location #2: | $ 100,000 |
| | Personal Property at Location #2: | $  75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $ 180,000 |
| | The Deductible is: | $   1,000 |
| | The amount of loss is: | |
| | Building at Location #2: | $  30,000 |
| | Personal Property at Location #2: | $  20,000 |
| | | $  50,000 |

Step **(1):** $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

    © ISO Properties, Inc., 2007

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**EXAMPLE**

If:   The applicable Limit of Insurance is: $ 100,000

The annual percentage increase is: 8%

The number of days since the beginning of the policy year (or last policy change) is: 146

The amount of increase is: $100,000 x .08 x 146 ÷ 365 = $ 3,200

### 3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

## 4. Extension Of Replacement Cost To Personal Property Of Others

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

## H. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

   **a.** During the policy period shown in the Declarations; and

   **b.** Within the coverage territory.

**2.** The coverage territory is:

   **a.** The United States of America (including its territories and possessions);

   **b.** Puerto Rico; and

   **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

COMMERCIAL PROPERTY
CP 01 25 02 23

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

**C.** The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

**1.** Broward County;

**2.** Dade County;

**3.** Martin County;

**4.** Monroe County;

**5.** Palm Beach County; and

**6.** All the areas east of the west bank of the Intracoastal Waterway in the counties of:

**a.** Indian River; and

**b.** St. Lucie.

**Windstorm Exterior Paint And Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

**1.** Paint; or

**2.** Waterproofing material;

applied to the exterior of buildings unless the building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

**a.** The amount of the Windstorm or Hail Deductible; or

**b.** The value of Covered Property when applying the Coinsurance Condition.

**D.** The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

**(1)** Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

**(2)** Within 30 days after we receive the sworn proof of loss and:

**(a)** There is an entry of a final judgment; or

**(b)** There is a filing of an appraisal award with us; or

**(3)** Within 60 days of receiving notice of an initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control prevent such payment. If a portion of the claim is denied, then the 60-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph **(3)** applies only to the following:

**(a)** A claim under a policy covering residential property;

     © Insurance Services Office, Inc., 2022

**(b)** A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

**(c)** A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

**E. Sinkhole Collapse Coverage Removed**

Sinkhole Collapse coverage is removed, as indicated in Paragraphs **E.1.** through **E.4.;** and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

**1.** In the Causes Of Loss – Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**2.** In the Causes Of Loss – Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage – Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

**3.** In the Causes Of Loss – Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

**4.** In the Mortgageholders Errors And Omissions Coverage Form, Sinkhole Collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement Exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

**F.** The following is added to this Coverage Part as a Covered Cause of Loss. In the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

**1.** The abrupt collapse of the ground cover;

**2.** A depression in the ground cover clearly visible to the naked eye;

**3.** "Structural damage" to the building, including the foundation; and

**4.** The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The **Earth Movement** Exclusion and the **Collapse** Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

**G.** The following applies to the **Additional Coverage – Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

**1.** The Additional Coverage – Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

**2.** The Additional Coverage – Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four-week period is replaced by a three-week period.

**3.** Civil Authority coverage is subject to all other provisions of that Additional Coverage.

**H.** The following provisions are added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

**(1)** A claim or reopened claim for loss or damage caused by any peril is barred unless notice of claim is given to us in accordance with the terms of this policy within one year after the date of loss. A reopened claim means a claim that we have previously closed but that has been reopened upon an insured's request for additional costs for loss or damage previously disclosed to us.

A supplemental claim is barred unless notice of the supplemental claim was given to us in accordance with the terms of the policy within 18 months after the date of loss. A supplemental claim means a claim for additional loss or damage from the same peril which we have previously adjusted or for which costs have been incurred while completing repairs or replacement pursuant to an open claim for which timely notice was previously provided to us.

For claims resulting from hurricanes, tornadoes, windstorms, severe rain or other weather-related events, the date of loss is the date that the hurricane made landfall or the tornado, windstorm, severe rain or other weather-related event is verified by the National Oceanic and Atmospheric Administration.

This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this policy under the Legal Action Against Us Condition, including any amendment to that condition.

**(2)** Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

**I.** The following Loss Condition is added:

**Assignment**

**1.** Except as otherwise provided in Paragraph **I.2.** below, assignment of this Policy will not be valid unless we give our written consent.

**2.** Under this Policy, any attempt to assign post-loss property insurance benefits is void, invalid and unenforceable. Post-loss insurance benefits may not be assigned, in whole or in part, with the exception of:

**a.** An assignment, transfer, or conveyance granted to a subsequent purchaser of the property with an insurable interest in the property following a loss; or

**b.** A power of attorney that grants to a management company, family member, guardian, or similarly situated person of an "insured" the authority to act on behalf of an "insured" as it relates to a property claim under this Policy.

**J.** The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following.

**1.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

2. Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

3. Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

4. Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

5. Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

    © Insurance Services Office, Inc., 2022    **CP 01 25 02 23**

COMMERCIAL PROPERTY
CP 10 10 06 07

# CAUSES OF LOSS – BASIC FORM

## A. Covered Causes Of Loss

When Basic is shown in the Declarations, Covered Causes of Loss means the following:

**1.** Fire.

**2.** Lightning.

**3.** Explosion, including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass. This cause of loss does not include loss or damage by:

**a.** Rupture, bursting or operation of pressure-relief devices; or

**b.** Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water.

**4.** Windstorm or Hail, but not including:

**a.** Frost or cold weather;

**b.** Ice (other than hail), snow or sleet, whether driven by wind or not; or

**c.** Loss or damage to the interior of any building or structure, or the property inside the building or structure, caused by rain, snow, sand or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sand or dust enters.

**5.** Smoke causing sudden and accidental loss or damage. This cause of loss does not include smoke from agricultural smudging or industrial operations.

**6.** Aircraft or Vehicles, meaning only physical contact of an aircraft, a spacecraft, a self-propelled missile, a vehicle or an object thrown up by a vehicle with the described property or with the building or structure containing the described property. This cause of loss includes loss or damage by objects falling from aircraft.

We will not pay for loss or damage caused by or resulting from vehicles you own or which are operated in the course of your business.

**7.** Riot or Civil Commotion, including:

**a.** Acts of striking employees while occupying the described premises; and

**b.** Looting occurring at the time and place of a riot or civil commotion.

**8.** Vandalism, meaning willful and malicious damage to, or destruction of, the described property.

We will not pay for loss or damage caused by or resulting from theft, except for building damage caused by the breaking in or exiting of burglars.

**9.** Sprinkler Leakage, meaning leakage or discharge of any substance from an Automatic Sprinkler System, including collapse of a tank that is part of the system.

If the building or structure containing the Automatic Sprinkler System is Covered Property, we will also pay the cost to:

**a.** Repair or replace damaged parts of the Automatic Sprinkler System if the damage:

**(1)** Results in sprinkler leakage; or

**(2)** Is directly caused by freezing.

**b.** Tear out and replace any part of the building or structure to repair damage to the Automatic Sprinkler System that has resulted in sprinkler leakage.

Automatic Sprinkler System means:

**(1)** Any automatic fire-protective or extinguishing system, including connected:

**(a)** Sprinklers and discharge nozzles;

**(b)** Ducts, pipes, valves and fittings;

**(c)** Tanks, their component parts and supports; and

**(d)** Pumps and private fire protection mains.

**(2)** When supplied from an automatic fire-protective system:

**(a)** Non-automatic fire-protective systems; and

**(b)** Hydrants, standpipes and outlets.

**10.** Sinkhole Collapse, meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

    **a.** The cost of filling sinkholes; or

    **b.** Sinking or collapse of land into man-made underground cavities.

**11.** Volcanic Action, meaning direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    **a.** Airborne volcanic blast or airborne shock waves;

    **b.** Ash, dust or particulate matter; or

    **c.** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

This cause of loss does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. Ordinance Or Law**

    The enforcement of any ordinance or law:

      **(1)** Regulating the construction, use or repair of any property; or

      **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

    This exclusion, Ordinance Or Law, applies whether the loss results from:

      **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

      **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

    **b. Earth Movement**

      **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

      **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

      **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

      **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

    But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

      **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire or Volcanic Action, we will pay for the loss or damage caused by that fire or Volcanic Action.

    **c. Governmental Action**

    Seizure or destruction of property by order of governmental authority.

    But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

    **d. Nuclear Hazard**

    Nuclear reaction or radiation, or radioactive contamination, however caused.

    But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

    **e. Utility Services**

    The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

      **(1)** Originates away from the described premises; or

      **(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

    Failure of any utility service includes lack of sufficient capacity and reduction in supply.

© ISO Properties, Inc., 2007

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

  **(a)** Foundations, walls, floors or paved surfaces;

  **(b)** Basements, whether paved or not; or

  **(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

  **(1)** Electrical or electronic wire, device, appliance, system or network; or

  **(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

  **(a)** Electrical current, including arcing;

  **(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

  **(c)** Pulse of electromagnetic energy; or

  **(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Rupture or bursting of water pipes (other than Automatic Sprinkler Systems) unless caused by a Covered Cause of Loss.

**c.** Leakage or discharge of water or steam from any part of a system or appliance containing water or steam (other than an Automatic Sprinkler System), unless the leakage or discharge occurs because the system or appliance was damaged by a Covered Cause of Loss. But we will not pay for loss or damage caused by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**d.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.

But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion.

**e.** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

But if mechanical breakdown results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**f.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **C.2.** and **C.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

**a.** A Covered Cause of Loss other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **C.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of Covered Causes of Loss (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

 © ISO Properties, Inc., 2007

5.  The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **b.** of Covered Causes Of Loss **9.,** Sprinkler Leakage.

6.  The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

    a.  If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    b.  If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**D. Limitation**

We will pay for loss of animals only if they are killed or their destruction is made necessary.

**E. Definitions**

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

COMMERCIAL PROPERTY
CP 10 32 08 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B. Water**

  **1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

  **2.** Mudslide or mudflow;

  **3.** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

  **4.** Water under the ground surface pressing on, or flowing or seeping through:

    **a.** Foundations, walls, floors or paved surfaces;

    **b.** Basements, whether paved or not; or

    **c.** Doors, windows or other openings; or

  **5.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

© Insurance Services Office, Inc., 2008

POLICY NUMBER:

**COMMERCIAL PROPERTY
CP 10 54 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number |
|---|---|
| | |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) indicated in the Schedule, the following provisions apply.

**A.** The following is added to the **Exclusions** section and is therefore **not** a Covered Cause of Loss:

**WINDSTORM OR HAIL**

We will not pay for loss or damage:

**1.** Caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage; or

**2.** Caused by rain, snow, sand or dust, whether driven by wind or not, if that loss or damage would not have occurred but for the Windstorm or Hail.

But if Windstorm or Hail results in a cause of loss other than rain, snow, sand or dust, and that resulting cause of loss is a Covered Cause of Loss, we will pay for the loss or damage caused by such Covered Cause of Loss. For example, if the Windstorm or Hail damages a heating system and fire results, the loss or damage attributable to the fire is covered subject to any other applicable policy provisions.

**B.** The terms of the Windstorm Or Hail exclusion, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

**C.** Under **Additional Coverage – Collapse,** in the Causes Of Loss – Broad Form, Windstorm or Hail is deleted from Paragraph **2.a.**

**D.** In the Causes Of Loss – Special Form, Windstorm or Hail is deleted from the "specified causes of loss".

**E.** Under **Additional Coverage Extensions – Property In Transit,** in the Causes Of Loss – Special Form, Windstorm or Hail is deleted from Paragraph **b.(1).**

© ISO Properties, Inc., 2007

POLICY NUMBER:                                                                    **COMMERCIAL PROPERTY**
                                                                                  **CP 10 56 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPRINKLER LEAKAGE EXCLUSION

This endorsement modifies insurance provided under the following:

    CAUSES OF LOSS – BASIC FORM
    CAUSES OF LOSS – BROAD FORM
    CAUSES OF LOSS – SPECIAL FORM

**SCHEDULE**

| Premises Number | Building Number |
|---|---|
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) indicated in the Schedule, the following provisions apply.

**A.** The following is added to the **Exclusions** section and is therefore **not** a Covered Cause of Loss:

**SPRINKLER LEAKAGE**

Sprinkler Leakage, meaning leakage or discharge of any substance from an Automatic Sprinkler System, including collapse of a tank that is part of the system.

But if Sprinkler Leakage results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**B.** Under Exclusion **1.g.,** Water, the last paragraph is replaced by the following:

But if Water, as described in the paragraphs above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**C.** Exclusions **2.b.** and **2.c.** in the Causes Of Loss – Basic Form are replaced by the following:

We will not pay for loss or damage caused by or resulting from:

    **b.** Rupture or bursting of water pipes unless caused by a Covered Cause of Loss.

    **c.** Leakage or discharge of water or steam from any part of a system or appliance containing water or steam, unless the leakage or discharge occurs because the system or appliance was damaged by a Covered Cause of Loss. But we will not pay for loss or damage caused by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**D.** Under **Additional Coverage – Collapse,** in the Causes Of Loss – Broad Form, leakage from fire extinguishing equipment is deleted from Paragraph **2.a.**

**E.** Exclusion **2.g.,** in the Causes Of Loss – Special Form, is replaced by the following:

We will not pay for loss or damage caused by or resulting from water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment caused by or resulting from freezing, unless:

    **(1)** You do your best to maintain heat in the building or structure; or

    **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**F.** Under **Limitations** in the Causes Of Loss – Special Form, Item **4.** is replaced by the following:

    **4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if:

        **a.** The damage is directly caused by freezing; and

        **b.** You do your best to maintain heat in the building or structure, or you drain the equipment and shut off the supply if the heat is not maintained.

    However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**G.** In the Causes Of Loss – Special Form, leakage from fire extinguishing equipment is deleted from the "specified causes of loss".

© ISO Properties, Inc., 2007

**COMMERCIAL PROPERTY**
**CP 10 75 12 20**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B.** **Exceptions And Limitations**

**1.** **Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2.** **Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage – Electronic Data; or

**b.** Additional Coverage – Interruption Of Computer Operations.

**3.** **Electronic Commerce Endorsement**

The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**C.** **Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Standard Property Policy or the Causes Of Loss – Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **A.**

IL 02 55 03 24

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation For Policies In Effect 60 Days Or Less**

   **a.** If this policy has been in effect for 60 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

   **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

   **(a)** A material misstatement or misrepresentation; or

   **(b)** A failure to comply with underwriting requirements established by the insurer.

   **b.** We may not cancel:

   **(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

   **(2)** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

   **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

   If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 60 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

   The cancellation will be effective even if we have not made or offered a refund.

© Insurance Services Office, Inc., 2023

**C.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation For Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** In the event of failure to comply, within 60 days after the effective date of coverage, with underwriting requirements established by us before the effective date of coverage;

**(4)** There has been a substantial change in the risk covered by the policy;

**(5)** The cancellation is for all insureds under such policies for a given class of insureds;

**(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**(7)** On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

**(8)** The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

**(2)** 45 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above, and this policy does not cover a residential structure or its contents; or

**(b)** Cancellation is based on the reason stated in Paragraph **7.a.(8)** above;

**(3)** 120 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

**(b)** This policy covers a residential structure or its contents.

**c.** If this policy has been in effect for more than 60 days and covers a residential structure or its contents, we may not cancel this policy based on credit information available in public records.

**D.** The following is added:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

**a.** 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in Paragraph **D.5.;** or

**b.** 120 days prior to the expiration of the policy if this policy covers a residential structure or its contents.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

**a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**b.** On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this policy if:

**(1)** The total of such property insurance claim payments for this policy equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building; or

**(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

**c.** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**4.** Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this policy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706, Florida Statutes, we will offer you a policy that includes catastrophic ground cover collapse coverage.

**5.** Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**E. Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss – Residential Property**

**1.** The following provisions apply to a policy covering a residential structure or its contents:

**a.** Except as provided in Paragraph **E.1.b.:**

**(1)** If a state of emergency is declared, and the residential structure or its contents have been damaged as a result of a hurricane or wind loss that is the subject of the declaration of emergency by the Governor and the Commissioner of Insurance Regulation files an Emergency Order, we may not cancel or nonrenew the policy until at least 90 days after the residential structure or its contents have been repaired. If we elect to not renew the policy, we will provide at least 120 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

**(2)** If the residential structure or its contents have been damaged as a result of a covered peril, other than hurricane or wind loss subject to Paragraph **1.a.(1)** above, we may not cancel or nonrenew the policy until either the dwelling or residential property has been repaired or one year after we issue the final claim payment, whichever comes first.

**b.** We may cancel or nonrenew the policy prior to restoration of the structure or its contents for any of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Material misstatement or fraud related to the claim;

**(3)** We determine that you have unreasonably caused a delay in the repair of the structure; or

**(4)** We have paid the policy limits.

If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2), b.(3)** or **b.(4),** we will give you 45 days' notice.

**2.** With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

**3.** With respect to Paragraph **E.2.,** a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

    © Insurance Services Office, Inc., 2023

This Endorsement modifies insurance provided under the following:

**BOILER AND MACHINERY COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL PROPERTY COVERAGE PART**
**CRIME AND FIDELITY COVERAGE PART**
**COMMERCIAL UMBRELLA POLICY**
**EXCESS LIABILITY POLICY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**Vacant Building Protection Warranty**

The Insured acknowledges that this Policy was issued based on the following representation and warranty.  Furthermore, the Insured agrees to maintain the following Warranty for the entire term of the Policy and any renewals thereof, as a condition of coverage.

In consideration of the payment of premium and the issuance of this Policy by the Company, the Insured represents and warrants that:

1. All windows, doors and passageways for ingress and egress to a building or portion of a building covered by this Policy of insurance that is vacant or partially vacant are and shall remain fully secured and protected from all forms of unauthorized entry.

All other terms and conditions remain unchanged.  This endorsement is a part of your Policy and takes effect on the effective date of your Policy unless another effective date is shown.

This endorsement modifies insurance provided under the following:

**COMMMERCIAL PROPERTY COVERAGE FORM**
**BUILDERS' RISK COVERAGE FORM**
**CONTRACTORS' EQUIPMENT COVERAGE FORM**
**INSTALLATION FLOATER COVERAGE FORM**
**MISCELLANEOUS ARTICLES COVERAGE FORM**

# EXCLUSION OF WAR, MILITARY ACTION AND TERRORISM

If the Policy to which this endorsement is attached contains an exclusion for War, that exclusion is deleted in its entirety and replaced with the following. If the Policy to which this endorsement is attached does not contain an exclusion for War, the exclusion below applies.

## A. WAR AND MILITARY ACTION

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

1. War, including undeclared or civil war;
2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
3. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the terms of this exclusion and involves nuclear reaction or radiation, or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

## B. TERRORISM

We will not pay for loss or damage caused directly or indirectly by terrorism, including action in hindering or defending against an actual or expected incident of terrorism. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

Terrorism means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:
   a. Use or threat of force or violence;
   b. Commission or threat of a dangerous act; or
   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and
2. When one or both of the following applies:
   a. The effect is to intimidate or coerce a government, or to cause chaos among the civilian population or any segment thereof, or to disrupt any segment of the economy; or
   b. It is reasonable to believe that the intent is to intimidate or coerce a government, or to seek revenge or retaliate, or to further political, ideological, religious, social or

economic objectives or to express (or express opposition to) a philosophy or ideology.

But with respect to any such activity that also comes within the terms of the War And Military Action Exclusion, that exclusion supersedes this Terrorism Exclusion.

In the event of an act of terrorism that involves nuclear reaction or radiation, or radioactive contamination, this Terrorism Exclusion supersedes the Nuclear Hazard Exclusion.

All other terms and conditions of this policy remain unchanged.  This endorsement is a part of your policy and takes effect on the effective date of your policy unless another effective date is shown.

# EXHIBIT 3



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

| | | | |
|---|---|---|---|
| Insured: | Begdouri Homes Of Emily LLC | Home: | (813) 493-4181 |
| Property: | 414 E Emily Street | | |
| | Tampa, FL 33603 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Michael Berry | Business: | (888) 523-5545 |
| Position: | Property Claims Examiner | E-mail: | mberry@usli.com |
| Company: | USLI | | |
| Business: | 1190 Devon Park Drive | | |
| | Wayne, PA 19087 | | |

| | | | |
|---|---|---|---|
| Estimator: | Warren Gibbs | Business: | (480) 306-3640 |
| Position: | Principal / CEO | E-mail: | wgibbs@infinityadjusters.com |
| Company: | Infinity Insurance Services | | |
| Business: | 9666 E. Riggs Road, Suite 111 | | |
| | Sun Lakes, AZ 85248 | | |

**Claim Number:** 0-47471       **Policy Number:** CP2692664       **Type of Loss:** Fire

| | | | |
|---|---|---|---|
| Date Contacted: | 11/19/2024 12:00 AM | | |
| Date of Loss: | 11/13/2024 12:00 AM | Date Received: | 11/19/2024 12:00 AM |
| Date Inspected: | 12/3/2024 9:57 AM | Date Entered: | 12/2/2024 5:28 PM |

| | |
|---|---|
| Price List: | FLTA8X_DEC24 |
| | Restoration/Service/Remodel |
| Estimate: | BEGDOURI_HOMES |

NOTICE: This estimated scope of damages and prices contained in this document are based upon the actual damages observed by the Infinity Insurance Services adjuster at the time of the physical inspection. This estimate does not contain any repair cost for hidden or unforeseen damages that may be discovered at a later time.

This estimate does not constitute a settlement of any insurance claim and all estimates contained herein are subject to your insurance company review and approval. This document is not an authorization to make any repairs to the property. All authorizations for repairs can only be given by the property owner and all guarantee of payment must also come from the property owner.

The Infinity Insurance Services adjuster does not have authority to authorize any work or guarantee any payments for repairs made to the insured risk. Neither Infinity Insurance Services nor the insurance company assumes any responsibility for the sufficiency or quality of repairs made.



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

### BEGDOURI_HOMES

#### General Conditions

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Commercial Supervision / Project Management - per hour | | | | | | | | | | |
| | 320.00 HR | 77.43 | 0.00 | 4,955.52 | 29,733.12 | 63/NA | Avg. | 0% | (0.00) | 29,733.12 |
| Job site superintendent through rebuild. 4 month project. 16 weeks - 20 hours / week average | | | | | | | | | | |
| 2. Temporary toilet (per month) | | | | | | | | | | |
| | 4.00 MO | 163.41 | 0.00 | 130.72 | 784.36 | 0/NA | Avg. | 0% | (0.00) | 784.36 |
| 3. Generator - 10-30KW (per week - 24 hour) - no monitoring | | | | | | | | | | |
| | 12.00 WK | 1,209.15 | 0.00 | 2,901.96 | 17,411.76 | 63/NA | Avg. | 0% | (0.00) | 17,411.76 |
| Temporary power | | | | | | | | | | |
| 4. Megohmmeter check electrical circuits - average residence | | | | | | | | | | |
| | 1.00 EA | 1,074.18 | 0.00 | 214.84 | 1,289.02 | 0/NA | Avg. | 0% | (0.00) | 1,289.02 |
| 5. Plumbing/gas line air pressure test | | | | | | | | | | |
| | 16.00 EA | 247.98 | 0.00 | 793.54 | 4,761.22 | 0/NA | Avg. | 0% | (0.00) | 4,761.22 |
| 6. Furnace - heavy clean, replace filters and service - w/ AC | | | | | | | | | | |
| | 1.00 EA | 626.39 | 1.17 | 125.52 | 753.08 | 0/NA | Avg. | 0% | (0.00) | 753.08 |
| 7. Test & Balance - HVAC system (under 20,000 sf) | | | | | | | | | | |
| | 4,122.00 SF | 0.44 | 0.00 | 362.74 | 2,176.42 | 0/NA | Avg. | 0% | (0.00) | 2,176.42 |
| 8. Dumpster load - Approx. 30 yards, 5-7 tons of debris | | | | | | | | | | |
| | 4.00 EA | 921.37 | 0.00 | 737.10 | 4,422.58 | 0/NA | Avg. | 0% | (0.00) | 4,422.58 |
| Rebuild | | | | | | | | | | |
| 9. Final cleaning - construction - Commercial | | | | | | | | | | |
| | 4,122.00 SF | 0.33 | 122.42 | 272.06 | 1,754.74 | 0/NA | Avg. | 0% | (0.00) | 1,754.74 |
| 10. Permits & Fees (Paid Bill) | | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0/NA | Avg. | 0% | (0.00) | 0.00 |
| Open | | | | | | | | | | |
| 11. Taxes, insurance, permits & fees (Bid Item) | | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 63/NA | Avg. | 0% | (0.00) | 0.00 |
| Open | | | | | | | | | | |
| 12. Engineering fees (Bid Item) | | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0/NA | Avg. | 0% | (0.00) | 0.00 |
| Open | | | | | | | | | | |
| 13. Architectural/Drafting fees (Bid Item) | | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0/NA | Avg. | 0% | (0.00) | 0.00 |
| Open | | | | | | | | | | |
| 14. Plumbing (Bid Item) | | | | | | | | | | |
| | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0/NA | Avg. | 0% | (0.00) | 0.00 |
| Open item - fire suppression system | | | | | | | | | | |
| **Totals: General Conditions** | | | 123.59 | 10,494.00 | 63,086.30 | | | | 0.00 | 63,086.30 |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

### Demolition/Equipment

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 15. Skid steer loader and operator | | | | | | | | | | |
| | 40.00 HR | 126.19 | 0.00 | 1,009.52 | 6,057.12 | 0/NA | Avg. | 0% | (0.00) | 6,057.12 |
| For demolition | | | | | | | | | | |
| 16. Front end wheel loader and operator | | | | | | | | | | |
| | 40.00 HR | 117.00 | 0.00 | 936.00 | 5,616.00 | 0/NA | Avg. | 0% | (0.00) | 5,616.00 |
| Use during demolition | | | | | | | | | | |
| 17. General Demolition - per hour | | | | | | | | | | |
| | 80.00 HR | 67.69 | 0.00 | 1,083.04 | 6,498.24 | 0/NA | Avg. | 0% | (0.00) | 6,498.24 |
| Additional labor for selective demolition and accessibility issues | | | | | | | | | | |
| 18. Debris chute hopper - (per week) - 30" x 4' section | | | | | | | | | | |
| | 4.00 WK | 35.00 | 0.00 | 28.00 | 168.00 | 0/NA | Avg. | 0% | (0.00) | 168.00 |
| 19. Debris chute mounting hardware - (per week) | | | | | | | | | | |
| | 4.00 WK | 30.00 | 0.00 | 24.00 | 144.00 | 0/NA | Avg. | 0% | (0.00) | 144.00 |
| 20. General Demolition - per hour | | | | | | | | | | |
| | 8.00 HR | 67.69 | 0.00 | 108.30 | 649.82 | 0/NA | Avg. | 0% | (0.00) | 649.82 |
| Install chute | | | | | | | | | | |
| 21. Dumpster load - Approx. 30 yards, 5-7 tons of debris | | | | | | | | | | |
| | 3.00 EA | 921.37 | 0.00 | 552.82 | 3,316.93 | 0/NA | Avg. | 0% | (0.00) | 3,316.93 |
| Demolition debris | | | | | | | | | | |
| **Totals: Demolition/Equipment** | | | **0.00** | **3,741.68** | **22,450.11** | | | | **0.00** | **22,450.11** |

### Roof Level



**Roof**

| 3251.19 Surface Area | 32.51 Number of Squares |
|---|---|
| 299.28 Total Perimeter Length | 51.00 Total Ridge Length |

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 22. R&R Truss - 6/12 slope | | | | | | | | | | |
| | 2,240.00 LF | 12.29 | 959.28 | 5,697.78 | 34,186.66 | 53/150 yrs | Avg. | 35.33% | (12,079.30) | 22,107.36 |
| 23. R&R Sheathing - plywood - 1/2" CDX | | | | | | | | | | |
| | 3,251.19 SF | 3.92 | 248.72 | 2,598.68 | 15,592.07 | 25/150 yrs | Avg. | 16.67% | (2,598.69) | 12,993.38 |
| 24. Tear off, haul and dispose of comp. shingles - 3 tab | | | | | | | | | | |
| | 26.20 SQ | 82.26 | 0.00 | 431.04 | 2,586.25 | 20/25 yrs | Avg. | 75% [M] | (1,939.69) | 646.56 |
| 25. Tear off, haul and dispose of modified bitumen roofing | | | | | | | | | | |
| | 4.63 SQ | 76.12 | 0.00 | 70.48 | 422.92 | 20/20 yrs | Avg. | 75% [M] | (317.19) | 105.73 |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

### CONTINUED - Roof

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 26. | Roofing felt - 15 lb. | | | | | | | | | |
| | 32.51 SQ | 32.58 | 18.99 | 215.64 | 1,293.81 | 20/20 yrs | Avg. | 75% [M] | (970.37) | 323.44 |
| 27. | R&R Drip edge | | | | | | | | | |
| | 299.28 LF | 3.15 | 26.04 | 193.76 | 1,162.53 | 20/35 yrs | Avg. | 57.14% | (664.31) | 498.22 |
| 28. | Asphalt starter - universal starter course | | | | | | | | | |
| | 299.28 LF | 2.03 | 15.04 | 124.50 | 747.08 | 20/20 yrs | Avg. | 75% [M] | (560.32) | 186.76 |
| 29. | 3 tab - 25 yr. - comp. shingle roofing - w/out felt | | | | | | | | | |
| | 29.00 SQ | 290.56 | 259.15 | 1,737.08 | 10,422.47 | 20/25 yrs | Avg. | 75% [M] | (7,816.86) | 2,605.61 |
| 30. | Modified bitumen roof | | | | | | | | | |
| | 4.63 SQ | 552.54 | 53.99 | 522.46 | 3,134.71 | 20/20 yrs | Avg. | 75% [M] | (2,351.03) | 783.68 |
| 31. | R&R Hip / Ridge cap - cut from 3 tab - composition shingles | | | | | | | | | |
| | 51.00 LF | 9.81 | 5.47 | 101.18 | 606.96 | 20/25 yrs | Avg. | 75% [M] | (455.22) | 151.74 |
| 32. | Remove Additional charge for high roof (2 stories or greater) | | | | | | | | | |
| | 30.83 SQ | 7.89 | 0.00 | 48.66 | 291.91 | 20/NA | Avg. | 0% | (0.00) | 291.91 |
| 33. | Additional charge for high roof (2 stories or greater) | | | | | | | | | |
| | 30.83 SQ | 28.58 | 0.00 | 176.22 | 1,057.34 | 20/NA | Avg. | 0% | (0.00) | 1,057.34 |
| 34. | R&R Fascia - 2" x 6" - softwood - re-sawn | | | | | | | | | |
| | 248.00 LF | 9.98 | 80.72 | 511.14 | 3,066.90 | 25/150 yrs | Avg. | 16.67% | (511.16) | 2,555.74 |
| 35. | Prime & paint exterior fascia - wood, 4"- 6" wide | | | | | | | | | |
| | 248.00 LF | 2.33 | 3.72 | 116.30 | 697.86 | 25/15 yrs | Avg. | 75% [M] | (523.39) | 174.47 |
| 36. | R&R Soffit - wood | | | | | | | | | |
| | 496.00 SF | 6.62 | 77.38 | 672.18 | 4,033.08 | 25/150 yrs | Avg. | 16.67% | (672.17) | 3,360.91 |
| 37. | Prime & paint exterior soffit - wood | | | | | | | | | |
| | 496.00 SF | 3.02 | 18.97 | 303.38 | 1,820.27 | 25/15 yrs | Avg. | 75% [M] | (1,365.21) | 455.06 |
| 38. | Crane and operator - 14 ton capacity - 65' extension boom | | | | | | | | | |
| | 16.00 HR | 140.38 | 0.00 | 449.22 | 2,695.30 | 0/NA | Avg. | 0% | (0.00) | 2,695.30 |
| | Use during roof truss installation | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Totals: Roof** | | | 1,767.47 | 13,969.70 | 83,818.12 | | | | 32,824.91 | 50,993.21 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total: Roof Level** | | | 1,767.47 | 13,969.70 | 83,818.12 | | | | 32,824.91 | 50,993.21 |

### Front Elevation

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 39. | R&R Labor to frame 2" x 4" x 8' load bearing wall - 16" oc | | | | | | | | | |
| | 72.00 LF | 18.84 | 2.54 | 271.78 | 1,630.80 | 53/150 yrs | Below Avg. | 49.47% | (806.70) | 824.10 |
| | Quantity per QED Global Solutions Report | | | | | | | | | |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

**CONTINUED - Front Elevation**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 40.  R&R Metal lath & stucco | | | | | | | | | |
| 1,000.00 SF | 8.70 | 102.75 | 1,760.56 | 10,563.31 | 25/100 yrs | Below Avg. | 35% | (3,697.16) | 6,866.15 |
| 41.  Seal & paint stucco | | | | | | | | | |
| 1,000.00 SF | 1.93 | 24.00 | 390.80 | 2,344.80 | 15/15 yrs | Below Avg. | 75%  [M] | (1,758.60) | 586.20 |
| 42.  R&R Wood window - single hung, 9-12 sf | | | | | | | | | |
| 5.00 EA | 678.58 | 184.40 | 715.48 | 4,292.78 | 15/30 yrs | Below Avg. | 70% | (3,004.96) | 1,287.82 |
| 43.  R&R Exterior door - metal - insulated - flush or panel style | | | | | | | | | |
| 1.00 EA | 540.13 | 29.64 | 113.94 | 683.71 | 10/100 yrs | Below Avg. | 14% | (95.73) | 587.98 |
| 44.  Door lockset - exterior | | | | | | | | | |
| 1.00 EA | 56.71 | 2.48 | 11.84 | 71.03 | 10/20 yrs | Below Avg. | 70% | (49.72) | 21.31 |
| 45.  Scaffold - per section (per week) | | | | | | | | | |
| 16.00 WK | 60.43 | 0.00 | 193.38 | 1,160.26 | 0/NA | Below Avg. | 0% | (0.00) | 1,160.26 |
| (8) sections for 2 weeks of exterior work | | | | | | | | | |
| 46.  Scaffolding Setup & Take down - per hour | | | | | | | | | |
| 16.00 HR | 60.00 | 0.00 | 192.00 | 1,152.00 | 0/NA | Below Avg. | 0% | (0.00) | 1,152.00 |
| **Totals:  Front Elevation** | | **345.81** | **3,649.78** | **21,898.69** | | | | **9,412.87** | **12,485.82** |

**Right Elevation**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 47.  Seal & paint stucco | | | | | | | | | |
| 1,140.00 SF | 1.93 | 27.36 | 445.52 | 2,673.08 | 15/15 yrs | Below Avg. | 75%  [M] | (2,004.81) | 668.27 |
| 48.  R&R Wood window - single hung, 9-12 sf | | | | | | | | | |
| 6.00 EA | 678.58 | 221.28 | 858.56 | 5,151.32 | 15/30 yrs | Below Avg. | 70% | (3,605.93) | 1,545.39 |
| 49.  R&R Exterior door - metal - insulated - flush or panel style | | | | | | | | | |
| 1.00 EA | 540.13 | 29.64 | 113.94 | 683.71 | 10/100 yrs | Below Avg. | 14% | (95.73) | 587.98 |
| 50.  Door lockset - exterior | | | | | | | | | |
| 1.00 EA | 56.71 | 2.48 | 11.84 | 71.03 | 10/20 yrs | Below Avg. | 70% | (49.72) | 21.31 |
| 51.  Scaffold - per section (per week) | | | | | | | | | |
| 16.00 WK | 60.43 | 0.00 | 193.38 | 1,160.26 | 0/NA | Below Avg. | 0% | (0.00) | 1,160.26 |
| (8) sections for 2 weeks of exterior work | | | | | | | | | |
| 52.  Scaffolding Setup & Take down - per hour | | | | | | | | | |
| 16.00 HR | 60.00 | 0.00 | 192.00 | 1,152.00 | 0/NA | Below Avg. | 0% | (0.00) | 1,152.00 |
| **Totals:  Right Elevation** | | **280.76** | **1,815.24** | **10,891.40** | | | | **5,756.19** | **5,135.21** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

### Left Elevation

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 53. | Seal & paint stucco | | | | | | | | | |
| | 1,140.00 SF | 1.93 | 27.36 | 445.52 | 2,673.08 | 15/15 yrs | Below Avg. | 75% [M] | (2,004.81) | 668.27 |
| 54. | R&R Wood window - single hung, 9-12 sf | | | | | | | | | |
| | 3.00 EA | 678.58 | 110.64 | 429.26 | 2,575.64 | 15/30 yrs | Below Avg. | 70% | (1,802.97) | 772.67 |
| 55. | R&R Exterior door - metal - insulated - flush or panel style | | | | | | | | | |
| | 1.00 EA | 540.13 | 29.64 | 113.94 | 683.71 | 10/100 yrs | Below Avg. | 14% | (95.73) | 587.98 |
| 56. | Door lockset - exterior | | | | | | | | | |
| | 1.00 EA | 56.71 | 2.48 | 11.84 | 71.03 | 10/20 yrs | Below Avg. | 70% | (49.72) | 21.31 |
| 57. | Scaffold - per section (per week) | | | | | | | | | |
| | 16.00 WK | 60.43 | 0.00 | 193.38 | 1,160.26 | 0/NA | Below Avg. | 0% | (0.00) | 1,160.26 |
| (8) sections for 2 weeks of exterior work | | | | | | | | | | |
| 58. | Scaffolding Setup & Take down - per hour | | | | | | | | | |
| | 16.00 HR | 60.00 | 0.00 | 192.00 | 1,152.00 | 0/NA | Below Avg. | 0% | (0.00) | 1,152.00 |
| **Totals: Left Elevation** | | | **170.12** | **1,385.94** | **8,315.72** | | | | **3,953.23** | **4,362.49** |

### Rear Elevation

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 59. | Seal & paint stucco | | | | | | | | | |
| | 1,000.00 SF | 1.93 | 24.00 | 390.80 | 2,344.80 | 15/15 yrs | Below Avg. | 75% [M] | (1,758.60) | 586.20 |
| 60. | R&R Wood window - single hung, 9-12 sf | | | | | | | | | |
| | 3.00 EA | 678.58 | 110.64 | 429.26 | 2,575.64 | 15/30 yrs | Below Avg. | 70% | (1,802.97) | 772.67 |
| 61. | R&R Exterior door - metal - insulated - flush or panel style | | | | | | | | | |
| | 1.00 EA | 540.13 | 29.64 | 113.94 | 683.71 | 10/100 yrs | Below Avg. | 14% | (95.73) | 587.98 |
| 62. | Door lockset - exterior | | | | | | | | | |
| | 1.00 EA | 56.71 | 2.48 | 11.84 | 71.03 | 10/20 yrs | Below Avg. | 70% | (49.72) | 21.31 |
| 63. | Scaffold - per section (per week) | | | | | | | | | |
| | 16.00 WK | 60.43 | 0.00 | 193.38 | 1,160.26 | 0/NA | Below Avg. | 0% | (0.00) | 1,160.26 |
| (8) sections for 2 weeks of exterior work | | | | | | | | | | |
| 64. | Scaffolding Setup & Take down - per hour | | | | | | | | | |
| | 16.00 HR | 60.00 | 0.00 | 192.00 | 1,152.00 | 0/NA | Below Avg. | 0% | (0.00) | 1,152.00 |
| **Totals: Rear Elevation** | | | **166.76** | **1,331.22** | **7,987.44** | | | | **3,707.02** | **4,280.42** |

### Main Level

**Main Level**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

## CONTINUED - Main Level

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 65. R&R Batt insulation - 4" - R13 - paper / foil faced | | | | | | | | | | |
| | 6,945.07 SF | 1.53 | 432.33 | 2,211.64 | 13,269.93 | 10/150 yrs | Below Avg. | 9.33% | (1,238.50) | 12,031.43 |
| Exterior walls | | | | | | | | | | |
| 66. R&R Joist - floor or ceiling - 2x8 - w/blocking - 16" oc | | | | | | | | | | |
| | 1,462.00 SF | 4.53 | 106.36 | 1,345.86 | 8,075.08 | 53/150 yrs | Below Avg. | 49.47% | (3,994.48) | 4,080.60 |
| Quantity per QED Global Solutions Report | | | | | | | | | | |
| 67. R&R Sheathing - OSB - 1/2" | | | | | | | | | | |
| | 2,631.35 SF | 2.59 | 124.33 | 1,387.90 | 8,327.42 | 53/150 yrs | Below Avg. | 49.47% | (4,119.31) | 4,208.11 |
| Floor sheathing requires replacement | | | | | | | | | | |
| 68. R&R Metal decking, 1 1/2" 16 gauge galvanized - 'B' | | | | | | | | | | |
| | 90.00 SF | 10.77 | 28.15 | 199.50 | 1,196.95 | 53/150 yrs | Below Avg. | 49.47% | (592.08) | 604.87 |
| Quantity per QED Global Solutions Report | | | | | | | | | | |
| 69. R&R Labor to frame 2" x 4" x 8' non-bearing wall - 16" oc | | | | | | | | | | |
| | 88.00 LF | 18.09 | 3.10 | 319.02 | 1,914.04 | 53/150 yrs | Below Avg. | 49.47% | (946.82) | 967.22 |
| Quantity per QED Global Solutions Report | | | | | | | | | | |
| 70. Material Only 2" x 4" lumber (.667 BF per LF) | | | | | | | | | | |
| | 266.38 LF | 0.70 | 13.99 | 40.10 | 240.56 | 53/150 yrs | Below Avg. | 49.47% | (119.00) | 121.56 |
| 71. Rewire\wire - avg. residence - boxes & wiring | | | | | | | | | | |
| | 2,631.35 SF | 4.96 | 148.01 | 2,639.90 | 15,839.41 | 10/100 yrs | Below Avg. | 14% | (2,217.51) | 13,621.90 |
| 72. Deodorize building - Hot thermal fog | | | | | | | | | | |
| | 21,528. CF 12 | 0.10 | 193.75 | 430.56 | 2,777.12 | 0/NA | Avg. | 0% | (0.00) | 2,777.12 |
| 73. Hydroxyl generator - odor counteractant - 3 optics | | | | | | | | | | |
| | 5.00 DA | 236.45 | 106.40 | 236.46 | 1,525.11 | 0/NA | Avg. | 0% | (0.00) | 1,525.11 |
| **Total: Main Level** | | **1,156.42** | **8,810.94** | **53,165.62** | | | | | **13,227.70** | **39,937.92** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

| Hallway 1 | | Height: 8' 2" |
|---|---|---|

| | | |
|---|---|---|
| 873.27 SF Walls | | 274.02 SF Ceiling |
| 1147.28 SF Walls & Ceiling | | 274.02 SF Floor |
| 30.45 SY Flooring | | 103.17 LF Floor Perimeter |
| 123.17 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Door** | 2' 6" X 6' 8" | **Opens into BATHROOM_2** |
| **Door** | 2' 6" X 6' 8" | **Opens into BATHROOM_1** |
| **Missing Wall** | 4' X 8' 2" | **Opens into HALLWAY_2** |
| **Door** | 2' 6" X 6' 8" | **Opens into Exterior** |
| **Door** | 2' 6" X 6' 8" | **Opens into EXTERIOR_STA** |
| **Door** | 2' 6" X 6' 8" | **Opens into BEDROOM_4** |
| **Door** | 2' 6" X 6' 8" | **Opens into BEDROOM_2** |
| **Door** | 2' 6" X 6' 8" | **Opens into Exterior** |
| **Door** | 2' 6" X 6' 8" | **Opens into BATHROOM_4** |

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 74.  R&R Ductwork system - hot and cold air (per run) | | | | | | | | | |
| 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 75.  R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | |
| 274.02 SF | 6.47 | 25.69 | 359.72 | 2,158.32 | 25/40 yrs | Below Avg. | 75%  [M] | (1,618.75) | 539.57 |
| 76.  R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | |
| 1,147.28 SF | 3.86 | 67.98 | 899.30 | 5,395.78 | 10/150 yrs | Below Avg. | 9.33% | (503.61) | 4,892.17 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Totals:  Hallway 1** | | **106.60** | **1,370.92** | **8,225.48** | | | | **2,435.67** | **5,789.81** |

| Hallway 2 | | Height: 8' 2" |
|---|---|---|

| | | |
|---|---|---|
| 892.58 SF Walls | | 512.78 SF Ceiling |
| 1405.36 SF Walls & Ceiling | | 512.78 SF Floor |
| 56.98 SY Flooring | | 107.00 LF Floor Perimeter |
| 119.50 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall** | 4' X 8' 2" | **Opens into HALLWAY_1** |
| **Door** | 2' 6" X 6' 8" | **Opens into OFFICE_1** |
| **Door** | 2' 6" X 6' 8" | **Opens into OFFICE_2** |
| **Door** | 2' 6" X 6' 8" | **Opens into STORAGE_ROOM** |
| **Door** | 2' 6" X 6' 8" | **Opens into BEDROOM_1** |
| **Door** | 2' 6" X 6' 8" | **Opens into BEDROOM_3** |

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

**CONTINUED - Hallway 2**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | | (313.31) | 358.07 |
| 78. R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | | | |
| | 512.78 SF | 6.47 | 48.07 | 673.16 | 4,038.92 | 25/40 yrs | Below Avg. | 75% | [M] | (3,029.20) | 1,009.72 |
| 79. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | | |
| | 1,405.36 SF | 3.86 | 83.27 | 1,101.60 | 6,609.56 | 10/150 yrs | Below Avg. | 9.33% | | (616.89) | 5,992.67 |
| **Totals: Hallway 2** | | | **144.27** | **1,886.66** | **11,319.86** | | | | | **3,959.40** | **7,360.46** |



| **Office 1** | | | | **Height: 8' 2"** |
|---|---|---|---|---|
| 507.36 SF Walls | | | 219.82 SF Ceiling | |
| 727.18 SF Walls & Ceiling | | | 219.82 SF Floor | |
| 24.42 SY Flooring | | | 61.67 LF Floor Perimeter | |
| 64.17 LF Ceil. Perimeter | | | | |

**Door**      2' 6" X 6' 8"      **Opens into HALLWAY_2**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 80. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | | (313.31) | 358.07 |
| 81. R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | | | |
| | 219.82 SF | 6.47 | 20.61 | 288.56 | 1,731.40 | 25/40 yrs | Below Avg. | 75% | [M] | (1,298.55) | 432.85 |
| 82. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | | |
| | 727.18 SF | 3.86 | 43.09 | 570.00 | 3,420.01 | 10/150 yrs | Below Avg. | 9.33% | | (319.20) | 3,100.81 |
| **Totals: Office 1** | | | **76.63** | **970.46** | **5,822.79** | | | | | **1,931.06** | **3,891.73** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Office 2**                                              **Height: 8' 2"**

| | | |
|---|---|---|
| 339.94 SF Walls | | 118.17 SF Ceiling |
| 458.12 SF Walls & Ceiling | | 118.17 SF Floor |
| 13.13 SY Flooring | | 41.17 LF Floor Perimeter |
| 43.67 LF Ceil. Perimeter | | |

**Door**                               **2' 6" X 6' 8"**               **Opens into HALLWAY_2**



| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | | (313.31) | 358.07 |
| 84. R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | | | |
| | 118.17 SF | 6.47 | 11.08 | 155.14 | 930.78 | 25/40 yrs | Below Avg. | 75% | [M] | (698.09) | 232.69 |
| 85. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | | |
| | 458.12 SF | 3.86 | 27.14 | 359.10 | 2,154.58 | 10/150 yrs | Below Avg. | 9.33% | | (201.09) | 1,953.49 |
| **Totals: Office 2** | | | **51.15** | **626.14** | **3,756.74** | | | | | **1,212.49** | **2,544.25** |

**Bedroom 1**                                           **Height: 8' 2"**

| | | |
|---|---|---|
| 391.67 SF Walls | | 150.41 SF Ceiling |
| 542.08 SF Walls & Ceiling | | 150.41 SF Floor |
| 16.71 SY Flooring | | 47.50 LF Floor Perimeter |
| 50.00 LF Ceil. Perimeter | | |

**Door**                               **2' 6" X 6' 8"**               **Opens into HALLWAY_2**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 86. R&R 1/2" drywall - hung, taped, ready for texture | | | | | | | | | | | |
| | 542.08 SF | 3.69 | 28.05 | 405.68 | 2,434.01 | 10/150 yrs | Below Avg. | 9.33% | | (227.19) | 2,206.82 |
| 87. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | | (313.31) | 358.07 |
| 88. R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | | | |
| | 150.41 SF | 6.47 | 14.10 | 197.46 | 1,184.72 | 25/40 yrs | Below Avg. | 75% | [M] | (888.56) | 296.16 |
| 89. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | | |
| | 542.08 SF | 3.86 | 32.12 | 424.92 | 2,549.47 | 10/150 yrs | Below Avg. | 9.33% | | (237.95) | 2,311.52 |
| **Totals: Bedroom 1** | | | **87.20** | **1,139.96** | **6,839.58** | | | | | **1,667.01** | **5,172.57** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Bedroom 2**                                                                                                   Height: 8' 2"

| | | | |
|---|---|---|---|
| 421.61 SF Walls | | 180.00 SF Ceiling | |
| 601.61 SF Walls & Ceiling | | 180.00 SF Floor | |
| 20.00 SY Flooring | | 51.17 LF Floor Perimeter | |
| 53.67 LF Ceil. Perimeter | | | |

**Door**                                    **2' 6" X 6' 8"**                          **Opens into HALLWAY_2**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 90. | R&R Ductwork system - hot and cold air (per run) | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 91. | R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | |
| | 180.00 SF | 6.47 | 16.88 | 236.30 | 1,417.78 | 25/40 yrs | Below Avg. | 75% [M] | (1,063.33) | 354.45 |
| 92. | R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | |
| | 601.61 SF | 3.86 | 35.65 | 471.58 | 2,829.44 | 10/150 yrs | Below Avg. | 9.33% | (264.09) | 2,565.35 |
| **Totals: Bedroom 2** | | | **65.46** | **819.78** | **4,918.60** | | | | **1,640.73** | **3,277.87** |



**Bedroom 3**                                                                                                   Height: 8' 2"

| | | | |
|---|---|---|---|
| 319.53 SF Walls | | 105.42 SF Ceiling | |
| 424.94 SF Walls & Ceiling | | 105.42 SF Floor | |
| 11.71 SY Flooring | | 38.67 LF Floor Perimeter | |
| 41.17 LF Ceil. Perimeter | | | |

**Door**                                    **2' 6" X 6' 8"**                          **Opens into HALLWAY_1**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 93. | R&R Ductwork system - hot and cold air (per run) | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 94. | R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | |
| | 105.42 SF | 6.47 | 9.88 | 138.40 | 830.35 | 25/40 yrs | Below Avg. | 75% [M] | (622.76) | 207.59 |
| 95. | R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | |
| | 424.94 SF | 3.86 | 25.18 | 333.10 | 1,998.55 | 10/150 yrs | Below Avg. | 9.33% | (186.54) | 1,812.01 |
| **Totals: Bedroom 3** | | | **47.99** | **583.40** | **3,500.28** | | | | **1,122.61** | **2,377.67** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



| Bedroom 4 | | | | | | | | Height: 8' 2" |
|---|---|---|---|---|---|---|---|---|

| 433.86 SF Walls | 151.96 SF Ceiling |
|---|---|
| 585.82 SF Walls & Ceiling | 151.96 SF Floor |
| 16.88 SY Flooring | 52.67 LF Floor Perimeter |
| 55.17 LF Ceil. Perimeter | |

**Door**  2' 6" X 6' 8"  Opens into HALLWAY_1

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 96. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 97. R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | | |
| | 151.96 SF | 6.47 | 14.25 | 199.50 | 1,196.94 | 25/40 yrs | Below Avg. | 75% [M] | (897.71) | 299.23 |
| 98. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 585.82 SF | 3.86 | 34.71 | 459.20 | 2,755.18 | 10/150 yrs | Below Avg. | 9.33% | (257.15) | 2,498.03 |
| **Totals: Bedroom 4** | | | **61.89** | **770.60** | **4,623.50** | | | | **1,468.17** | **3,155.33** |



| Bathroom 1 | | | | | | | | Height: 8' 2" |
|---|---|---|---|---|---|---|---|---|

| 305.58 SF Walls | 107.01 SF Ceiling |
|---|---|
| 412.60 SF Walls & Ceiling | 107.01 SF Floor |
| 11.89 SY Flooring | 36.50 LF Floor Perimeter |
| 41.50 LF Ceil. Perimeter | |

**Door**  2' 6" X 6' 8"  Opens into HALLWAY_1
**Door**  2' 6" X 6' 8"  Opens into BATHROOM_2

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 99. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 100. R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | | |
| | 107.01 SF | 6.47 | 10.03 | 140.46 | 842.85 | 25/40 yrs | Below Avg. | 75% [M] | (632.14) | 210.71 |
| 101. Rough-in plumbing - per fixture - w/PEX | | | | | | | | | | |
| | 2.00 EA | 827.66 | 17.07 | 334.48 | 2,006.87 | 25/80 yrs | Below Avg. | 43.75% | (878.01) | 1,128.86 |
| 102. R&R 5/8" mold/mildew resistant - hung, taped ready for texture | | | | | | | | | | |
| | 412.60 SF | 3.98 | 27.54 | 333.94 | 2,003.63 | 10/150 yrs | Below Avg. | 9.33% | (187.02) | 1,816.61 |
| **Totals: Bathroom 1** | | | **67.57** | **920.78** | **5,524.73** | | | | **2,010.48** | **3,514.25** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Bathroom 2**                                                                                  Height: 8' 2"

| | |
|---|---|
| 305.58 SF Walls | 107.01 SF Ceiling |
| 412.60 SF Walls & Ceiling | 107.01 SF Floor |
| 11.89 SY Flooring | 36.50 LF Floor Perimeter |
| 41.50 LF Ceil. Perimeter | |

**Door**                    2' 6" X 6' 8"                    Opens into BATHROOM_1
**Door**                    2' 6" X 6' 8"                    Opens into HALLWAY_1

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 103. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 104. R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | | |
| | 107.01 SF | 6.47 | 10.03 | 140.46 | 842.85 | 25/40 yrs | Below Avg. | 75% [M] | (632.14) | 210.71 |
| 105. Rough-in plumbing - per fixture - w/PEX | | | | | | | | | | |
| | 2.00 EA | 827.66 | 17.07 | 334.48 | 2,006.87 | 25/80 yrs | Below Avg. | 43.75% | (878.01) | 1,128.86 |
| 106. R&R 5/8" mold/mildew resistant - hung, taped ready for texture | | | | | | | | | | |
| | 412.60 SF | 3.98 | 27.54 | 333.94 | 2,003.63 | 10/150 yrs | Below Avg. | 9.33% | (187.02) | 1,816.61 |
| **Totals: Bathroom 2** | | | **67.57** | **920.78** | **5,524.73** | | | | **2,010.48** | **3,514.25** |



**Bathroom 3**                                                                                  Height: 8' 2"

| | |
|---|---|
| 396.08 SF Walls | 142.85 SF Ceiling |
| 538.93 SF Walls & Ceiling | 142.85 SF Floor |
| 15.87 SY Flooring | 48.50 LF Floor Perimeter |
| 48.50 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 107. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 108. R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | | |
| | 142.85 SF | 6.47 | 13.39 | 187.54 | 1,125.17 | 25/40 yrs | Below Avg. | 75% [M] | (843.88) | 281.29 |
| 109. Rough-in plumbing - per fixture - w/PEX | | | | | | | | | | |
| | 2.00 EA | 827.66 | 17.07 | 334.48 | 2,006.87 | 25/80 yrs | Below Avg. | 43.75% | (878.01) | 1,128.86 |
| 110. R&R 5/8" mold/mildew resistant - hung, taped ready for texture | | | | | | | | | | |
| | 538.93 SF | 3.98 | 35.97 | 436.20 | 2,617.11 | 10/150 yrs | Below Avg. | 9.33% | (244.27) | 2,372.84 |
| **Totals: Bathroom 3** | | | **79.36** | **1,070.12** | **6,420.53** | | | | **2,279.47** | **4,141.06** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Bathroom 4**                                                                                    Height: 8' 2"

347.78 SF Walls                                          131.77 SF Ceiling
479.55 SF Walls & Ceiling                                131.77 SF Floor
14.64 SY Flooring                                         41.67 LF Floor Perimeter
46.67 LF Ceil. Perimeter

| Door | | 2' 6" X 6' 8" | | | Opens into BATHROOM_5 | | | | |
| Door | | 2' 6" X 6' 8" | | | Opens into HALLWAY_1 | | | | |

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 111. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 112. R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | | |
| | 131.77 SF | 6.47 | 12.35 | 172.98 | 1,037.88 | 25/40 yrs | Below Avg. | 75% [M] | (778.41) | 259.47 |
| 113. Rough-in plumbing - per fixture - w/PEX | | | | | | | | | | |
| | 2.00 EA | 827.66 | 17.07 | 334.48 | 2,006.87 | 25/80 yrs | Below Avg. | 43.75% | (878.01) | 1,128.86 |
| 114. R&R 5/8" mold/mildew resistant - hung, taped ready for texture | | | | | | | | | | |
| | 479.55 SF | 3.98 | 32.01 | 388.12 | 2,328.74 | 10/150 yrs | Below Avg. | 9.33% | (217.34) | 2,111.40 |
| **Totals: Bathroom 4** | | | **74.36** | **1,007.48** | **6,044.87** | | | | **2,187.07** | **3,857.80** |



**Bathroom 5**                                                                                    Height: 8' 2"

284.14 SF Walls                                          84.65 SF Ceiling
368.79 SF Walls & Ceiling                                84.65 SF Floor
9.41 SY Flooring                                          34.33 LF Floor Perimeter
36.83 LF Ceil. Perimeter

| Door | | 2' 6" X 6' 8" | | | Opens into BATHROOM_4 | | | | |

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 115. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 116. R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | | |
| | 84.65 SF | 6.47 | 7.94 | 111.12 | 666.75 | 25/40 yrs | Below Avg. | 75% [M] | (500.09) | 166.66 |
| 117. Rough-in plumbing - per fixture - w/PEX | | | | | | | | | | |
| | 2.00 EA | 827.66 | 17.07 | 334.48 | 2,006.87 | 25/80 yrs | Below Avg. | 43.75% | (878.01) | 1,128.86 |
| 118. R&R 5/8" mold/mildew resistant - hung, taped ready for texture | | | | | | | | | | |
| | 368.79 SF | 3.98 | 24.62 | 298.48 | 1,790.88 | 10/150 yrs | Below Avg. | 9.33% | (167.16) | 1,623.72 |
| **Totals: Bathroom 5** | | | **62.56** | **855.98** | **5,135.88** | | | | **1,858.57** | **3,277.31** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Storage Room**                                                                                           Height: 8' 2"

386.22 SF Walls                                    150.33 SF Ceiling
536.56 SF Walls & Ceiling                          150.33 SF Floor
16.70 SY Flooring                                   46.83 LF Floor Perimeter
49.33 LF Ceil. Perimeter

**Door**                                    **2' 6" X 6' 8"**                  **Opens into HALLWAY_2**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 119. | R&R Ductwork system - hot and cold air (per run) | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 120. | R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | |
| | 150.33 SF | 6.47 | 14.09 | 197.34 | 1,184.07 | 25/40 yrs | Below Avg. | 75% [M] | (888.05) | 296.02 |
| 121. | R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | |
| | 536.56 SF | 3.86 | 31.79 | 420.58 | 2,523.49 | 10/150 yrs | Below Avg. | 9.33% | (235.54) | 2,287.95 |

| Totals: Storage Room | 58.81 | 729.82 | 4,378.94 | | | 1,436.90 | 2,942.04 |
|---|---|---|---|---|---|---|---|

**Exterior Stariwell**                                                                                    Height: 8'

315.22 SF Walls                                    111.67 SF Ceiling
426.89 SF Walls & Ceiling                          111.67 SF Floor
12.41 SY Flooring                                   38.25 LF Floor Perimeter
45.17 LF Ceil. Perimeter

**Door**                                    **2' 6" X 6' 8"**                  **Opens into HALLWAY_1**
**Missing Wall - Goes to Floor**            **4' 5" X 6' 8"**                  **Opens into Exterior**

**Subroom:  Stairs (2)**                                                                                 Height: 16' 5"

238.57 SF Walls                                     26.50 SF Ceiling
265.07 SF Walls & Ceiling                           45.63 SF Floor
5.07 SY Flooring                                    20.90 LF Floor Perimeter
17.83 LF Ceil. Perimeter

**Missing Wall**                            **3' X 16' 4 13/16"**             **Opens into EXTERIOR_STA**
**Missing Wall**                            **3' X 16' 4 13/16"**             **Opens into STAIRS1**



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



| | |
|---|---|
| **Subroom: Stairs1 (3)** | **Height: 10' 5"** |
| 65.87 SF Walls | 10.01 SF Ceiling |
| 75.88 SF Walls & Ceiling | 10.03 SF Floor |
| 1.11 SY Flooring | 6.33 LF Floor Perimeter |
| 6.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 10' 4 13/16"** | Opens into STAIRS |
| **Missing Wall** | **3' X 10' 4 13/16"** | Opens into STAIRS2 |



| | |
|---|---|
| **Subroom: Stairs2 (1)** | **Height: 10' 5"** |
| 120.20 SF Walls | 19.25 SF Ceiling |
| 139.45 SF Walls & Ceiling | 27.83 SF Floor |
| 3.09 SY Flooring | 13.45 LF Floor Perimeter |
| 13.00 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 10' 4 13/16"** | Opens into STAIRS1 |

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 122. | Cleaning Technician - per hour | | | | | | | | | |
| | 8.00 HR | 66.50 | 47.88 | 106.40 | 686.28 | 0/NA | Below Avg. | 0% | (0.00) | 686.28 |
| **Totals: Exterior Stariwell** | | | **47.88** | **106.40** | **686.28** | | | | **0.00** | **686.28** |
| **Total: Main Level** | | | **2,255.72** | **22,590.22** | **135,888.41** | | | | **40,447.81** | **95,440.60** |

## Level 2

**Level 2**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 123. | R&R Batt insulation - 4" - R13 - paper / foil faced | | | | | | | | | |
| | 6,817.00 SF | 1.53 | 424.36 | 2,170.88 | 13,025.25 | 25/150 yrs | Below Avg. | 23.33% | (3,039.23) | 9,986.02 |
| Exterior walls | | | | | | | | | | |
| 124. | R&R Blown-in insulation - 12" depth - R30 | | | | | | | | | |
| | 2,441.73 SF | 2.97 | 203.27 | 1,491.04 | 8,946.25 | 10/150 yrs | Below Avg. | 9.33% | (834.98) | 8,111.27 |
| Ceiling | | | | | | | | | | |
| 125. | R&R Joist - floor or ceiling - 2x8 - w/blocking - 16" oc | | | | | | | | | |
| | 2,061.00 SF | 4.53 | 149.94 | 1,897.24 | 11,383.51 | 53/150 yrs | Below Avg. | 49.47% | (5,631.04) | 5,752.47 |
| Quantity per QED Global Solutions Report | | | | | | | | | | |
| 126. | R&R Sheathing - OSB - 1/2" | | | | | | | | | |
| | 2,441.73 SF | 2.59 | 115.37 | 1,287.90 | 7,727.35 | 53/150 yrs | Below Avg. | 49.47% | (3,822.47) | 3,904.88 |
| Quantity per QED Global Solutions Report and all floor sheathing should be replaced from smoke and fire damage | | | | | | | | | | |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

**CONTINUED - Level 2**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 127. R&R Labor to frame 2" x 4" x 8' non-bearing wall - 16" oc | | | | | | | | | | |
| | 426.06 LF | 18.09 | 15.02 | 1,544.50 | 9,266.94 | 53/150 yrs | Below Avg. | 49.47% | (4,584.06) | 4,682.88 |
| Quantity for all interior walls above replaced floor joists | | | | | | | | | | |
| 128. Material Only 2" x 4" lumber (.667 BF per LF) | | | | | | | | | | |
| | 1,262.29 LF | 0.70 | 189.98 | 1,139.85 | 53/150 yrs | Below Avg. | 49.47% | | (563.85) | 576.00 |
| 129. Rewire\wire - avg. residence - boxes & wiring | | | | | | | | | | |
| | 2,441.73 SF | 4.96 | 137.35 | 2,449.68 | 14,698.01 | 10/100 yrs | Below Avg. | 14% | (2,057.73) | 12,640.28 |
| 130. Rough-in plumbing - per fixture - w/PEX | | | | | | | | | | |
| | 8.00 EA | 827.66 | 68.27 | 1,337.92 | 8,027.47 | 25/80 yrs | Below Avg. | 43.75% | (3,512.02) | 4,515.45 |
| 131. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 18.00 EA | 546.55 | 232.73 | 2,014.12 | 12,084.75 | 10/30 yrs | Below Avg. | 46.67% | (5,639.55) | 6,445.20 |
| 132. R&R Exposed fire sprinkler system (SF of bldg) | | | | | | | | | | |
| | 2,441.73 SF | 6.47 | 228.91 | 3,205.38 | 19,232.29 | 25/40 yrs | Below Avg. | 75% [M] | (14,424.22) | 4,808.07 |
| 133. Deodorize building - Hot thermal fog | | | | | | | | | | |
| | 19,940. CF 79 | 0.10 | 179.47 | 398.82 | 2,572.37 | 0/NA | Below Avg. | 0% | (0.00) | 2,572.37 |
| 134. Hydroxyl generator - odor counteractant - 3 optics | | | | | | | | | | |
| | 5.00 DA | 236.45 | 106.40 | 236.46 | 1,525.11 | 0/NA | Avg. | 0% | (0.00) | 1,525.11 |

**Total:  Level 2**      1,927.36    18,223.92    109,629.15                44,109.15    65,520.00

---

**Entrance Area**                                                                 **Height: 8' 2"**



| | |
|---|---|
| 200.78  SF Walls | 34.00  SF Ceiling |
| 234.78  SF Walls & Ceiling | 34.00  SF Floor |
| 3.78  SY Flooring | 23.67  LF Floor Perimeter |
| 28.67  LF Ceil. Perimeter | |

**Door**          2' 6" X 6' 8"          Opens into COMMON_AREA
**Door**          2' 6" X 6' 8"          Opens into Exterior

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 135. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 136. R&R Crown molding - 3 1/4" | | | | | | | | | | |
| | 28.67 LF | 6.68 | 4.90 | 39.30 | 235.72 | 25/150 yrs | Below Avg. | 23.33% | (55.01) | 180.71 |
| 137. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 234.78 SF | 3.86 | 13.91 | 184.02 | 1,104.19 | 10/150 yrs | Below Avg. | 9.33% | (103.07) | 1,001.12 |

BEGDOURI_HOMES



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

**CONTINUED - Entrance Area**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| **Totals: Entrance Area** | | | 31.74 | 335.22 | 2,011.29 | | | | 471.39 | 1,539.90 |

**Common Area** Height: 8' 2"

| | |
|---|---|
| 1242.99 SF Walls | 765.31 SF Ceiling |
| 2008.30 SF Walls & Ceiling | 765.31 SF Floor |
| 85.03 SY Flooring | 144.67 LF Floor Perimeter |
| 185.67 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_5 |
| Door | 2' 6" X 6' 8" | Opens into BATHROOM_4 |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_4 |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_3 |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_2 |
| Door | 2' 6" X 6' 8" | Opens into BATHROOM_3 |
| Door | 2' 6" X 6' 8" | Opens into BATHROOM_2 |
| Door | 2' 6" X 6' 8" | Opens into BATHROOM_1 |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_10 |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_9 |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_1 |
| Door | 2' 6" X 6' 8" | Opens into ENTRANCE_ARE |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_11 |
| **Missing Wall** | 4' X 8' 2" | Opens into HALLWAY_2 |
| Door | 2' 6" X 6' 8" | Opens into OFFICE |
| Door | 2' 6" X 6' 8" | Opens into EXTERIOR |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Subroom:  Common Area (1)**                                                          Height: 8' 2"

| | |
|---|---|
| 210.44  SF Walls | 54.08  SF Ceiling |
| 264.53  SF Walls & Ceiling | 54.08  SF Floor |
| 6.01  SY Flooring | 24.67  LF Floor Perimeter |
| 30.67  LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          3' 6" X 6' 8"          Opens into COMMON_AREA
**Door**                                              2' 6" X 6' 8"          Opens into BEDROOM_7

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 138. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 139. R&R Crown molding - 3 1/4" | | | | | | | | | | |
| | 216.34 LF | 6.68 | 36.99 | 296.44 | 1,778.58 | 25/150 yrs | Below Avg. | 23.33% | (415.01) | 1,363.57 |
| 140. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 2,272.83 SF | 3.86 | 134.67 | 1,781.56 | 10,689.36 | 10/150 yrs | Below Avg. | 9.33% | (997.68) | 9,691.68 |
| **Totals:  Common Area** | | | **184.59** | **2,189.90** | **13,139.32** | | | | **1,726.00** | **11,413.32** |



**Hallway 2**                                                                                  Height: 8' 2"

| | |
|---|---|
| 205.19  SF Walls | 46.00  SF Ceiling |
| 251.19  SF Walls & Ceiling | 46.00  SF Floor |
| 5.11  SY Flooring | 24.67  LF Floor Perimeter |
| 27.17  LF Ceil. Perimeter | |

**Missing Wall**                      4' X 8' 2"          Opens into COMMON_AREA
**Door**                                   2' 6" X 6' 8"          Opens into BEDROOM_6

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 141. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 142. R&R Crown molding - 3 1/4" | | | | | | | | | | |
| | 27.17 LF | 6.68 | 4.65 | 37.24 | 223.38 | 25/150 yrs | Below Avg. | 23.33% | (52.14) | 171.24 |
| 143. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 251.19 SF | 3.86 | 14.88 | 196.90 | 1,181.38 | 10/150 yrs | Below Avg. | 9.33% | (110.26) | 1,071.12 |
| **Totals:  Hallway 2** | | | **32.46** | **346.04** | **2,076.14** | | | | **475.71** | **1,600.43** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Office**                                                                 Height: 8' 2"

457.98 SF Walls                           207.81 SF Ceiling
665.79 SF Walls & Ceiling                 207.81 SF Floor
23.09 SY Flooring                          55.62 LF Floor Perimeter
58.12 LF Ceil. Perimeter

**Door**                              2' 6" X 6' 8"              Opens into COMMON_AREA

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 144. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 145. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 665.79 SF | 3.86 | 39.45 | 521.88 | 3,131.28 | 10/150 yrs | Below Avg. | 9.33% | (292.25) | 2,839.03 |
| **Totals: Office** | | | 52.38 | 633.78 | 3,802.66 | | | | 605.56 | 3,197.10 |



**Bedroom 1**                                                            Height: 8' 2"

323.61 SF Walls                           107.67 SF Ceiling
431.28 SF Walls & Ceiling                 107.67 SF Floor
11.96 SY Flooring                          39.17 LF Floor Perimeter
41.67 LF Ceil. Perimeter

**Door**                              2' 6" X 6' 8"              Opens into COMMON_AREA

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 146. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 147. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 431.28 SF | 3.86 | 25.55 | 338.08 | 2,028.37 | 10/150 yrs | Below Avg. | 9.33% | (189.31) | 1,839.06 |
| **Totals: Bedroom 1** | | | 38.48 | 449.98 | 2,699.75 | | | | 502.62 | 2,197.13 |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Bedroom 2** | **Height: 8' 2"**

| | |
|---|---|
| 353.56 SF Walls | 125.08 SF Ceiling |
| 478.64 SF Walls & Ceiling | 125.08 SF Floor |
| 13.90 SY Flooring | 42.83 LF Floor Perimeter |
| 45.33 LF Ceil. Perimeter | |

**Door**  2' 6" X 6' 8"  Opens into COMMON_AREA

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 148. | R&R Ductwork system - hot and cold air (per run) | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 149. | R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | |
| | 478.64 SF | 3.86 | 28.36 | 375.20 | 2,251.11 | 10/150 yrs | Below Avg. | 9.33% | (210.11) | 2,041.00 |
| **Totals: Bedroom 2** | | | **41.29** | **487.10** | **2,922.49** | | | | **523.42** | **2,399.07** |



**Bedroom 3** | **Height: 8' 2"**

| | |
|---|---|
| 297.42 SF Walls | 94.25 SF Ceiling |
| 391.67 SF Walls & Ceiling | 94.25 SF Floor |
| 10.47 SY Flooring | 35.50 LF Floor Perimeter |
| 40.50 LF Ceil. Perimeter | |

**Door**  2' 6" X 6' 8"  Opens into COMMON_AREA



**Subroom: Bedroom 3 Closet (1)** | **Height: 8' 2"**

| | |
|---|---|
| 281.42 SF Walls | 79.75 SF Ceiling |
| 361.17 SF Walls & Ceiling | 79.75 SF Floor |
| 8.86 SY Flooring | 34.00 LF Floor Perimeter |
| 36.50 LF Ceil. Perimeter | |

**Door**  2' 6" X 6' 8"  Opens into BEDROOM_10

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 150. | R&R Ductwork system - hot and cold air (per run) | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 151. | R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | |
| | 752.83 SF | 3.86 | 44.61 | 590.10 | 3,540.64 | 10/150 yrs | Below Avg. | 9.33% | (330.46) | 3,210.18 |
| **Totals: Bedroom 3** | | | **57.54** | **702.00** | **4,212.02** | | | | **643.77** | **3,568.25** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Bedroom 4**                                                                                      Height: 8' 2"

243.31  SF Walls                                        62.71  SF Ceiling
306.01  SF Walls & Ceiling                              62.71  SF Floor
6.97  SY Flooring                                       29.33  LF Floor Perimeter
31.83  LF Ceil. Perimeter

**Door**                                    2' 6" X 6' 8"                    Opens into COMMON_AREA

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 152. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 153. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 306.01 SF | 3.86 | 18.13 | 239.86 | 1,439.19 | 10/150 yrs | Below Avg. | 9.33% | (134.31) | 1,304.88 |
| **Totals: Bedroom 4** | | | **31.06** | **351.76** | **2,110.57** | | | | **447.62** | **1,662.95** |



**Bedroom 5**                                                                                      Height: 8' 2"

239.22  SF Walls                                        61.35  SF Ceiling
300.58  SF Walls & Ceiling                              61.35  SF Floor
6.82  SY Flooring                                       28.83  LF Floor Perimeter
31.33  LF Ceil. Perimeter

**Door**                                    2' 6" X 6' 8"                    Opens into COMMON_AREA

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 154. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 155. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 300.58 SF | 3.86 | 17.81 | 235.62 | 1,413.67 | 10/150 yrs | Below Avg. | 9.33% | (131.93) | 1,281.74 |
| **Totals: Bedroom 5** | | | **30.74** | **347.52** | **2,085.05** | | | | **445.24** | **1,639.81** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Bedroom 6**                                                                                       Height: 8' 2"

295.03 SF Walls                          88.40 SF Ceiling
383.43 SF Walls & Ceiling                88.40 SF Floor
9.82 SY Flooring                         35.67 LF Floor Perimeter
38.17 LF Ceil. Perimeter

**Door**                              2' 6" X 6' 8"                    Opens into COMMON_AREA

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 156. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 157. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 383.43 SF | 3.86 | 22.72 | 300.56 | 1,803.32 | 10/150 yrs | Below Avg. | 9.33% | (168.30) | 1,635.02 |
| **Totals: Bedroom 6** | | | **35.65** | **412.46** | **2,474.70** | | | | **481.61** | **1,993.09** |



**Bedroom 7**                                                                                       Height: 8' 2"

224.25 SF Walls                          51.47 SF Ceiling
275.72 SF Walls & Ceiling                51.47 SF Floor
5.72 SY Flooring                         27.00 LF Floor Perimeter
29.50 LF Ceil. Perimeter

**Door**                              2' 6" X 6' 8"                    Opens into COMMON_AREA

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 158. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 159. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 275.72 SF | 3.86 | 16.34 | 216.12 | 1,296.74 | 10/150 yrs | Below Avg. | 9.33% | (121.05) | 1,175.69 |
| **Totals: Bedroom 7** | | | **29.27** | **328.02** | **1,968.12** | | | | **434.36** | **1,533.76** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Bedroom 8**                                                                                    Height: 8' 2"

|  |  |
|---|---|
| 361.72 SF Walls | 134.11 SF Ceiling |
| 495.83 SF Walls & Ceiling | 134.11 SF Floor |
| 14.90 SY Flooring | 43.83 LF Floor Perimeter |
| 46.33 LF Ceil. Perimeter | |

**Door**                          **2' 6" X 6' 8"**                    **Opens into HALLWAY_2**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 160. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 161. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 495.83 SF | 3.86 | 29.38 | 388.68 | 2,331.97 | 10/150 yrs | Below Avg. | 9.33% | (217.63) | 2,114.34 |
| **Totals: Bedroom 8** | | | **42.31** | **500.58** | **3,003.35** | | | | **530.94** | **2,472.41** |



**Bedroom 9**                                                                                    Height: 8' 2"

|  |  |
|---|---|
| 301.83 SF Walls | 95.06 SF Ceiling |
| 396.89 SF Walls & Ceiling | 95.06 SF Floor |
| 10.56 SY Flooring | 36.50 LF Floor Perimeter |
| 39.00 LF Ceil. Perimeter | |

**Door**                          **2' 6" X 6' 8"**                    **Opens into ROOM2**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 162. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 163. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | | |
| | 396.89 SF | 3.86 | 23.52 | 311.10 | 1,866.61 | 10/150 yrs | Below Avg. | 9.33% | (174.23) | 1,692.38 |
| **Totals: Bedroom 9** | | | **36.45** | **423.00** | **2,537.99** | | | | **487.54** | **2,050.45** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



**Bedroom 10**                                                                                    Height: 8' 2"

| 301.83 SF Walls | 92.56 SF Ceiling |
| 394.39 SF Walls & Ceiling | 92.56 SF Floor |
| 10.28 SY Flooring | 36.50 LF Floor Perimeter |
| 39.00 LF Ceil. Perimeter | |

**Door**                                      **2' 6" X 6' 8"**                    **Opens into COMMON_AREA**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 164. | R&R Ductwork system - hot and cold air (per run) | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 165. | R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | |
| | 394.39 SF | 3.86 | 23.37 | 309.16 | 1,854.88 | 10/150 yrs | Below Avg. | 9.33% | (173.12) | 1,681.76 |

**Totals:  Bedroom 10**                      36.30      421.06     2,526.26                                      486.43     2,039.83



**Bathroom 1**                                                                                    Height: 8' 2"

| 258.28 SF Walls | 69.67 SF Ceiling |
| 327.94 SF Walls & Ceiling | 69.67 SF Floor |
| 7.74 SY Flooring | 31.17 LF Floor Perimeter |
| 33.67 LF Ceil. Perimeter | |

**Door**                                      **2' 6" X 6' 8"**                    **Opens into COMMON_AREA**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 166. | R&R Ductwork system - hot and cold air (per run) | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 167. | R&R 5/8" mold/mildew resistant - hung, taped ready for texture | | | | | | | | | |
| | 327.94 SF | 3.98 | 21.89 | 265.42 | 1,592.51 | 10/150 yrs | Below Avg. | 9.33% | (148.64) | 1,443.87 |

**Totals:  Bathroom 1**                      34.82      377.32     2,263.89                                      461.95     1,801.94



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



| Bathroom 2 | | | | | | | Height: 8' 2" | | |

226.97 SF Walls
278.43 SF Walls & Ceiling
5.72 SY Flooring
29.83 LF Ceil. Perimeter

51.46 SF Ceiling
51.46 SF Floor
27.33 LF Floor Perimeter

**Door**     2' 6" X 6' 8"     Opens into COMMON_AREA

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 168. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 169. R&R 5/8" mold/mildew resistant - hung, taped ready for texture | | | | | | | | | | |
| | 278.43 SF | 3.98 | 18.59 | 225.34 | 1,352.08 | 10/150 yrs | Below Avg. | 9.33% | (126.19) | 1,225.89 |
| **Totals: Bathroom 2** | | | **31.52** | **337.24** | **2,023.46** | | | | **439.50** | **1,583.96** |



| Bathroom 3 | | | | | | | Height: 8' 2" | | |

224.25 SF Walls
274.13 SF Walls & Ceiling
5.54 SY Flooring
29.50 LF Ceil. Perimeter

49.88 SF Ceiling
49.88 SF Floor
27.00 LF Floor Perimeter

**Door**     2' 6" X 6' 8"     Opens into COMMON_AREA

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 170. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 171. R&R 5/8" mold/mildew resistant - hung, taped ready for texture | | | | | | | | | | |
| | 274.13 SF | 3.98 | 18.30 | 221.86 | 1,331.20 | 10/150 yrs | Below Avg. | 9.33% | (124.24) | 1,206.96 |
| **Totals: Bathroom 3** | | | **31.23** | **333.76** | **2,002.58** | | | | **437.55** | **1,565.03** |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248



| **Bathroom 4** | | | | | | | **Height: 8' 2"** | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 224.25 SF Walls | | | | 51.47 SF Ceiling | | | |
| | 275.72 SF Walls & Ceiling | | | | 51.47 SF Floor | | | |
| | 5.72 SY Flooring | | | | 27.00 LF Floor Perimeter | | | |
| | 29.50 LF Ceil. Perimeter | | | | | | | |

**Door** · 2' 6" X 6' 8" · Opens into COMMON_AREA

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 172. R&R Ductwork system - hot and cold air (per run) | | | | | | | | | | |
| | 1.00 EA | 546.55 | 12.93 | 111.90 | 671.38 | 10/30 yrs | Below Avg. | 46.67% | (313.31) | 358.07 |
| 173. R&R 5/8" mold/mildew resistant - hung, taped ready for texture | | | | | | | | | | |
| | 275.72 SF | 3.98 | 18.40 | 223.16 | 1,338.93 | 10/150 yrs | Below Avg. | 9.33% | (124.96) | 1,213.97 |
| **Totals: Bathroom 4** | | | **31.33** | **335.06** | **2,010.31** | | | | **438.27** | **1,572.04** |

| **Total: Level 2** | | | **2,736.52** | **27,535.72** | **165,499.10** | | | | **54,148.63** | **111,350.47** |

**Labor Minimums Applied**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 174. Finish hardware labor minimum | | | | | | | | | | |
| | 1.00 EA | 75.39 | 0.00 | 15.08 | 90.47 | 0/NA | Avg. | 0% | <0.00> | 90.47 |
| 175. Structural steel labor minimum | | | | | | | | | | |
| | 1.00 EA | 34.41 | 0.00 | 6.88 | 41.29 | 0/NA | Avg. | 0% | <0.00> | 41.29 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **21.96** | **131.76** | | | | **0.00** | **131.76** |

| **Line Item Totals: BEGDOURI_ HOMES** | | | **7,846.75** | **86,535.46** | **519,967.05** | | | | **150,250.66** | **369,716.39** |

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

## Grand Total Areas:

| | | | | | |
|---:|---|---:|---|---:|---|
| 13,762.06 | SF Walls | 5,045.37 | SF Ceiling | 18,807.43 | SF Walls and Ceiling |
| 5,073.08 | SF Floor | 563.68 | SY Flooring | 1,642.73 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,813.13 | LF Ceil. Perimeter |
| | | | | | |
| 5,073.08 | Floor Area | 5,428.04 | Total Area | 13,191.50 | Interior Wall Area |
| 4,373.93 | Exterior Wall Area | 435.92 | Exterior Perimeter of Walls | | |
| | | | | | |
| 3,251.19 | Surface Area | 32.51 | Number of Squares | 299.28 | Total Perimeter Length |
| 51.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

### Summary for Prem1Bld1 Building

| | |
|---|---:|
| Line Item Total | 425,584.84 |
| Material Sales Tax | 7,090.43 |
| Subtotal | 432,675.27 |
| Overhead | 43,267.73 |
| Profit | 43,267.73 |
| Total Cleaning Tax | 756.32 |
| **Replacement Cost Value** | **$519,967.05** |
| Less Depreciation | (150,250.66) |
| **Actual Cash Value** | **$369,716.39** |
| Less Deductible | (5,000.00) |
| **Net Claim** | **$364,716.39** |
| Total Recoverable Depreciation | 150,250.66 |
| **Net Claim if Depreciation is Recovered** | **$514,967.05** |

Warren Gibbs
Principal / CEO



**Infinity Insurance Services, LLC**

9666 E. Riggs Rd Ste 111
Sun Lakes, AZ 85248

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 8,403.65 | | 8,403.65 |
| GENERAL DEMOLITION | 67,772.08 | 20,332.26 | 47,439.82 |
| DOORS | 2,032.44 | 284.56 | 1,747.88 |
| DRYWALL | 58,746.83 | 5,483.06 | 53,263.77 |
| ELECTRICAL | 26,236.66 | 3,522.75 | 22,713.91 |
| HEAVY EQUIPMENT | 11,973.68 | | 11,973.68 |
| FINISH CARPENTRY / TRIMWORK | 1,543.26 | 360.10 | 1,183.16 |
| FINISH HARDWARE | 302.23 | 158.80 | 143.43 |
| FIRE PROTECTION SYSTEMS | 23,755.55 | 17,816.68 | 5,938.87 |
| FRAMING & ROUGH CARPENTRY | 51,839.98 | 22,604.29 | 29,235.69 |
| HEAT,  VENT & AIR CONDITIONING | 27,277.57 | 11,590.94 | 15,686.63 |
| INSULATION | 19,813.05 | 2,965.84 | 16,847.21 |
| LABOR ONLY | 24,777.60 | | 24,777.60 |
| PLUMBING | 18,865.56 | 6,517.81 | 12,347.75 |
| PAINTING | 10,336.16 | 7,752.12 | 2,584.04 |
| ROOFING | 24,655.92 | 11,844.99 | 12,810.93 |
| SCAFFOLDING | 7,707.52 | | 7,707.52 |
| SOFFIT, FASCIA, & GUTTER | 5,411.36 | 901.89 | 4,509.47 |
| STEEL COMPONENTS | 714.81 | 336.57 | 378.24 |
| STUCCO & EXTERIOR PLASTER | 7,580.00 | 2,653.00 | 4,927.00 |
| TEMPORARY REPAIRS | 15,163.44 | | 15,163.44 |
| WINDOWS - WOOD | 10,675.49 | 7,472.85 | 3,202.64 |
| **O&P Items Subtotal** | 425,584.84 | 122,598.51 | 302,986.33 |
| **Material Sales Tax** | 7,090.43 | 2,610.09 | 4,480.34 |
| **Overhead** | 43,267.73 | 12,521.03 | 30,746.70 |
| **Profit** | 43,267.73 | 12,521.03 | 30,746.70 |
| **Total Cleaning Tax** | 756.32 | | 756.32 |
| **Total** | 519,967.05 | 150,250.66 | 369,716.39 |

1/14/2025



Roof4 (3)

F5

Roof3 (2)

F1(A)

Roof

F2(B)

Roof2 (1)
F3

Roof1 (5)

Roof5 (4)
F6

BEGDOURI_HOMES

Bedroom 3 Closet (4)

Bedroom 3

Bedroom 4

Bedroom 6

Bedroom 5

Bedroom 9

Common Area (1)

Exterior

Bathroom 3

Bathroom

Bathroom 4

Bedroom 7

Common Area

Office

Bedroom 2

Bedroom 1

Entrance Area

Bedroom 10

Hallway 2

Bedroom 8



# EXHIBIT 4

# Gyden Law Group

Attorney & Counselor at Law

1600 East 8th Ave., Suite A200 | Tampa, FL 33605
P: (813) 493-4181 | F: (813) 337-0244
Gydenlaw.com

February 21, 2025

**VIA E-MAIL (mberry@usli.com)**

Mount Vernon Fire Insurance Company
Attn: Michael Berry, Claims Adjuster
1190 Devon Park Drive
Wayne, PA 19087

|  | | |
|---|---|---|
| RE: | Claimant: | Begdouri Homes of Emily, LLC |
|  | Claim #: | 0-47471 |
|  | DOL#: | November 13, 2024 |
|  | Re: | Revised Demand for Additional Funds and Notice of Anticipated Engineering Report by Insured |

Dear Mr. Berry:

After receiving your request for documentation, I had a discussion with my client, and we realized that we overlooked one revision. Item #22 for the Roof Trusses used an age of 53 years. As part of the renovations, my client replaced and/or "sistered" the roof trusses, and thus, the age of the trusses is less than six years, not 53 years. With this modification plus the $2.62 rounding error previously noted, the current demand is for **$94,575.64**. I am enclosing pictures of the roof area showing that new wood trusses were installed as well as other pictures showing some of the work that occurred at the property. As stated, the property was substantially renovated within the six years prior to the fire, and thus, the longer ages used in your estimate are incorrect. The permits are included in your engineer's report.

In sum, Mount Vernon Fire Insurance Company underpaid the claim by $94,575.64 *using its own numbers regarding the estimated replacement value*. Again, please be advised that we do not agree with Mount Vernon Fire Insurance Company's estimated costs and replacement values, and we have retained our own expert to evaluate your engineering and estimate reports. However, it is clear that, even under Mount Vernon's own estimates, the claim was underpaid by $94,575.64.

We demand that Mount Vernon immediately deliver a check made payable to "**Henry G. Gyden, Esq. Trust f/b/o Begdouri Homes of Emily, LLC**" in the amount of **$94,575.64**. As stated in our prior communications with the lender, any additional insurance proceeds are to be paid to my client.

If you wish to discuss the matter, you can contact me at hgyden@gydenlaw.com.

Please confirm receipt of this letter.

Claimant:      Bradoori Homes of Emily, LLC
Claim #:       0-47471
DOL#:          November 13, 2024
Re:            Revised Demand for Additional Funds
Page 2 of 2
February 21, 2025

                              Sincerely,

                              *Henry G. Gyden*

                              Henry G. Gyden

Enclosures













# EXHIBIT 5


**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

## Civil Remedy Notice of Insurer Violations

Filing Number: **808827**

Filing Accepted: **2/27/2025**

<span style="color:red">Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.</span>

☑ The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

### Complainant

| | |
|---|---|
| Name: | **BEGDOURI HOMES OF EMILY, LLC** |
| Street Address: | **CO/ GYDEN LAW GROUP, 1600 E 8TH AVE, SUITE A200** |
| City, State Zip: | **TAMPA, FL  33605** |
| Email Address: | **HGYDEN@GYDENLAW.COM** |
| Complainant Type: | **Insured** |

### Insured

| | |
|---|---|
| Name: | **BEGDOURI HOMES OF EMILY, LLC** |
| Policy #: | **CP 2687185** |
| Claim #: | **0-47471** |

### Attorney

| | |
|---|---|
| Name: | **HENRY G GYDEN** |
| Street Address: | **GYDEN LAW GROUP, 1600 E. 8TH AVE, SUITE A200** |
| City, State Zip: | **TAMPA, FL, FL  33605** |
| Email Address: | **HGYDEN@GYDENLAW.COM** |

### Notice Against

| | |
|---|---|
| Insurer Type: | **Authorized Insurer** |
| Name: | **MOUNT VERNON FIRE INSURANCE COMPANY** |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.

**MATTHEW BERRY OF USLI - CLAIMS ADJUSTER**

| | |
|---|---|
| Type of Insurance: | **Commercial Property & Casualty** |



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

## Civil Remedy Notice of Insurer Violations

Filing Number:     **808827**

### Reason for Notice

Reasons for Notice:

      **Refusal to amend payment to correct underpayment**

**PURSUANT TO SECTION 624.155, F.S.**  please indicate all statutory provisions alleged to have been violated.

| | |
|---|---|
| **624.155(1)(b)(1)** | **Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.** |
| **626.9541(1)(i)(3)(c)** | **Failing to acknowledge and act promptly upon communications with respect to claims.** |
| **626.9541(1)(i)(3)(d)** | **Denying claims without conducting reasonable investigations based upon available information.** |
| **626.9541(1)(i)(3)(f)** | **Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement.** |

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
**A. Coverage**
**We will pay for direct physical loss of or damage to**
**Covered Property at the premises described in the**
**Declarations caused by or resulting from any Covered**
**Cause of Loss.**

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

**Insurer submitted an Adjuster Estimate Report in which the Insurer reduced the claim value ($519,967.05) by $150,250.66 based on an assertion of depreciation.  However, in arriving at this depreciation amount, the insurer arbitrarily guessed the age of various materials within the building, using a range from 10 to 53 years old, when the insurer had evidence before it that the building had been substantially renovated six years prior to the subject fire that was the basis for the claim.  After the insured informed the Insurer that the depreciation amount was overstated by $94,575.64 and sent the insurer photographs supporting its assertion that the materials had been replaced within the six-year period before the fire, the Insurer refused to pay the correct amount and instead demanded expense records and geotagged pictures from the insured.  After the insured informed the Insurer that its business records had been substantially lost due to damage to a company computer and that, while the insured had pictures, it did not have "geotagged" pictures, the Insurer informed the insured that it would not change its knowingly erroneous depreciation numbers and would take no further action on the claim.  Thus, despite having no evidence to support its excessive depreciation reductions and being presented with substantial evidence showing that its depreciation numbers were in error, including records of the permits pulled and photographs reflecting the installation of new materials, the insurer has conducted no further investigation and has made no effort to expeditiously pay the amount properly owed under its policy.   The Insured is immediately owed $94,575.64 and makes a demand for the immediate tender of this amount.**

DFS-10-363
Rev. 10/14/2008

## Comments

| User Id | Date Added | Comment |
|---------|------------|---------|
|         |            |         |



**Civil Remedy Notice of Insurer Violations**

| Home | Create Filing | Search Filings | Subscriptions | Change Password | Help/FAQ | **Logout** |

hgyden@gydenlaw.com

Filing number 808827 is accepted.

Filing Accepted 2/27/2025

Notice of Acceptance of this "Civil Remedy Notice of Insurer Violation" confirms the submission has met the specific standards for acceptance by the automated system. The system specificity standards validate only that the required fields on the form contain data. The standards do not evaluate the quality or detail of the data. Acceptance of this on-line form by the system confirms the Department's receipt of this Civil Remedy Notice, and the Department has sent a copy of this Notice to the authorized insurer. You can print or save a copy of the accepted "Civil Remedy Notice of Insurer Violation" form using the "Print Filing" option below.

Print Filing

# EXHIBIT 6



**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**
2811 Ponce de Leon Blvd.
Suite 1000, Tenth Floor
Coral Gables, FL 33134

305-358-7747
305-577-1063 (fax)
**www.hinshawlaw.com**

Joseph V, Manzo
305-428-5080
jmanzo@hinshawlaw.com

April 28, 2025

**Via Email**
 Henry G. Gyden, Esq.
 Gyden Law Group
 1600 E. 8th Ave.
 Suite A200
 Tampa, FL  33605
 hgyden@gydenlaw.com

Re:     **Civil Remedy Notices of Insurer Violations**
          Complainant:   Begdouri Homes of Emily, LLC
          Insurer:       Mount Vernon Fire Insurance Company
          Claim No.:     0-47471
          DFS File No.:  808827
          Filing Acc.:   2/27/25

Dear Mr. Gyden:

By way of introduction, I represent Mount Vernon Fire Insurance Company ("MVF") regarding the claim referenced above. MVF acknowledges receipt of the Civil Remedy Notice of Insurer Violations ("CRN") that you filed on behalf of Begdouri Homes of Emily, LLC ("Begdouri") and responds as follows:

To begin, the CRN is deficient. It alleges statutory violations unsupported by the facts alleged and violations contrary to the facts alleged. The CRN alleges, for example, that MVF failed to acknowledge and act upon communications but fails to allege any such communications. The CRN alleges that MVF denied the claim when it did not. Due to these issues, the CRN fails to meet the stringent standards required to adequately notify QBE of the specific allegations and to enable it to address the alleged violations. *See generally, Julien v. United Prop. & Cas. Ins. Co.*, 311 So. 3d 875 (Fla. 4th DCA 2021); *Sully v. Scottsdale Ins. Co.*, 2024 U.S. Dist. LEXIS 77931 (S.D. Fla. April 26, 2024). To the extent that the CRN properly alleges statutory violations, MVF denies it violated any statute.

As to the merits, Begdouri asserted a claim for fire damage occurring to its long-vacant rental property eight days after it purchased the subject policy. MVF promptly investigated and paid, pursuant to reports from a professional engineer and licensed insurance adjuster, $364,716.39 in actual cash value after the $5,000 deductible. MVF also advised that up to $150,250.66 in depreciation is recoverable under the policy if the damage is repaired or replaced as soon as reasonably possible after the loss and more than the actual cash value is actually spent.

Begdouri claims that the property underwent a full remodel six years ago and therefore the depreciation is less than MVF calculated. When MVF requested information confirming this—information the policy requires your client to provide—you advised that Begdouri paid for remodeling of the entire interior in cash and has no records of this large expense or the work done because a computer it owns was damaged. You instead provided six undated photographs from which MVF is unable to ascertain whether they show this property and if so where and what exactly they show. Although Begdouri claims that these six undated photographs constitute "substantial evidence" of the specific interior remodeling conducted and when it

1084800\324650049.v1

Henry G. Gyden, Esq.
Gyden Law Group
Page 2

was done, MVF disagrees. The CRN presents MVF's request for geotagging as unreasonable when it actually evidences MVF's continuing good faith attempts to verify information your client curiously lacks any documentation supporting.

The policy requires that Begdouri permit MVF to examine its books and records and to provide an examination under oath upon request. In MVF's continued attempts to verify the alleged remodeling, it requests that Begdouri designate a representative of its choosing to provide an examination under oath. This can be taken via zoom in order to convenience you and your client. We have set this examination for next Friday, **5/9/25 at 10:00 am est**. The zoom link will be provided under separate cover. Should this date and time not work for you or your client, please provide alternatives and we will work to accommodate you.

In advance of the examination under oath, please provide the following documents: corporate tax returns for the last six years, documents evidencing withdrawal of the cash used to pay for the interior remodel (unrelated expenses can be redacted), and any documents referencing the alleged computer damage that caused you client to lose its records.

If you have any additional information you think relevant, or would like to discuss this matter further prior to the examination under oath, please advise and we can coordinate a call. By sending this letter, MVF does not waive or intend to waive any rights or defenses under Florida law or the policy, whether known or unknown, including any defenses regarding the sufficiency of the CRN. MVF reserves the right to assert any and all rights or defenses.

Very Truly Yours,

*s/ Joseph V. Manzo*
Joseph V. Manzo, Esq.
Direct: 305-428-5080
jmanzo@hinshawlaw.com

MVF will file a notice with the Department of Financial Services confirming that it sent this letter.

# EXHIBIT 7



## Property Insurance Notice of Intent to Initiate Litigation

| | |
|---|---|
| Notice Number: | 251901 |
| Notice Accepted: | 7/3/2025 9:30:28 PM |

☑  The submitter hereby states that The Property Insurance Intent to Initiate Litigation Notice is provided pursuant to Section 627.70152, Florida Statutes.

### Claimant (Insured filing suit under a residential or commercial insurance policy)

| | |
|---|---|
| Name: | Begdouri Homes of Emily, LLC |
| Street Address: | 503 E. Jackson Street #340 |
| City, State Zip: | Tampa, FL 33602 |
| Email Address: | mbegdouri@yahoo.com |
| Policy Number: | CP 2687185 |
| Claim Number: | 0-47471 |

### Attorney

| | |
|---|---|
| Name: | Henry Gyden |
| Street Address: | GYDEN LAW GROUP, 1600 E 8th Ave, Suite A200 |
| City, State Zip: | TAMPA, FL 33605 |
| Email Address: | hgyden@gydenlaw.com |
| Florida Bar #: | 0158127 |
| Firm Name: | Gyden Law Group |
| Role on Claim: | Represent Insured |

* Pursuant to Section 627.70152, Florida Statutes, the Attorney filing this Notice must provide a copy of this Notice to the Claimant. The Claimant's email address is a required field as this Notice will be transmitted to the Claimant upon submission.



## Notice Details

Insurer Name:

**MOUNT VERNON FIRE INSURANCE COMPANY(26522)**

\* Make sure to reference the declarations page on the insurance policy to confirm the legal name of the insurance company. If you are unsure about the correct legal name of the underwriting company, please check with the Secretary of State, Division of Corporations, at www.sunbiz.org, or the Office of Insurance Regulation website at www.companysearch.myfloridacfo.gov to search for an insurer's name.

The Department of Financial Services (Department) does not review entries for accuracy, determine the validity of the allegations, nor verify that the proper insurance company has been selected on the Property Insurance Intent to Initiate Litigation Notice (Notice). This system determines whether a filing is accepted based on whether it contains a response in all required fields necessary to submit a complete Property Insurance Intent to Initiate Litigation Notice. No determination is made as to the legal sufficiency of the information provided by the consumer or their counsel in the submission.

Alleged Acts or Omissions of the Insurer:

**In January 2025, Mount Vernon provided Begdouri Homes with an engineering report and adjuster estimate. Based on these documents, Mount Vernon Fire Insurance Company ("Mount Vernon") paid my client $364,716.39. After analyzing the adjuster's estimates, Begdouri Homes became aware that adjuster used an incorrect age for most of the materials at the property. The subject property, located at 414 E. Emily Street, Tampa, FL 33603, was substantially renovated from 2018 through 2020. Thus, the average age of the materials at the property is six (6) years or less. Despite this fact, Mount Vernon used estimates from 10 to 53 years as the age of the materials and then used those increased numbers in determining the depreciation amount to be deducted from the recoverable value. We have gone through and changed the estimated age of the relevant materials, and based on those corrections, Mount Vernon Fire Insurance Company underpaid the claim by $94,575.64 using its own numbers regarding the estimated replacement value. This amount includes a $2.62 rounding error correction that was contained in the adjuster's estimate. On February 21, 2025, we sent a demand for $94,575.64, and to date, Mount Vernon has refused to pay any portion of the demand even though by statute it was required to pay the claim within 60 days. Mount Vernon has not sent any written denial of the claim. It simply has refused to pay the claim.**

This Notice is being provided following alleged acts or omissions by the insurer other than the denial of coverage.

| | |
|---|---|
| Presuit Settlement Demand: | **$103,921.00** |
| Damages: | **$94,576.00** |
| Attorney Fees: | **$9,345.00** |
| Costs: | **$0.00** |
| Disputed Amount: | **UNKNOWN** |

## Attachments

No attachments uploaded